B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT **Northern District of Illinois** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle) **180 Properties LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names) **Cleanslate Property Services, LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names) |
| Last four digits of Soc Sec or Individual-Taxpayer I D (ITIN)/Complete EIN (if more than one, state all) **27-056-1021** | Last four digits of Soc Sec or Individual-Taxpayer I D (ITIN)/Complete EIN (if more than one, state all) |
| Street Address of Debtor (No and Street, City, and State) **9052 Terminal Ave. Skokie, Illinois 60077**          ZIP CODE | Street Address of Joint Debtor (No and Street, City, and State)          ZIP CODE |
| County of Residence or of the Principal Place of Business **Cook** | County of Residence or of the Principal Place of Business |
| Mailing Address of Debtor (if different from street address)          ZIP CODE | Mailing Address of Joint Debtor (if different from street address)          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above)          ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check one box) | **Nature of Business** (Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form* ☑ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U S C § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for ☐ Chapter 9      Recognition of a Foreign ☐ Chapter 11    Main Proceeding ☐ Chapter 12   ☐ Chapter 15 Petition for ☐ Chapter 13    Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** Country of debtor's center of main interests  Each country in which a foreign proceeding by, regarding, or against debtor is pending | **Tax-Exempt Entity** (Check box, if applicable) ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code) | **Nature of Debts** (Check one box) ☐ Debts are primarily consumer debts, defined in 11 U S C § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose " ☑ Debts are primarily business debts |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached  ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form 3A  ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only) Must attach signed application for the court's consideration See Official Form 3B | **Check one box:** ☐ Debtor is a small business debtor as defined in 11 U S C § 101(51D) ☐ Debtor is not a small business debtor as defined in 11 U S C § 101(51D)  **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*)  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Check all applicable boxes:** ☐ A plan is being filed with this petition ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U S C § 1126(b) |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

**Estimated Number of Creditors**

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000- 5,000 | ☐ 5,001- 10,000 | ☐ 10,001- 25,000 | ☐ 25,001- 50,000 | ☐ 50,001- 100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case )* | Name of Debtor(s)<br>180 Properties, LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet ) | | |
|---|---|---|
| Location<br>Where Filed | Case Number | Date Filed |
| Location<br>Where Filed | Case Number | Date Filed |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet ) | | |
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| District | Relationship | Judge |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 )<br><br>☐    Exhibit A is attached and made a part of this petition | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts )<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter  I further certify that I have delivered to the debtor the notice required by 11 U S C  § 342(b)<br><br>X _____<br>    Signature of Attorney for Debtor(s)   (Date) |
|---|---|

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐    Yes, and Exhibit C is attached and made a part of this petition<br><br>☑    No |

| Exhibit D |
|---|
| (To be completed by every individual debtor  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D )<br><br>☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition<br><br>If this is a joint petition<br><br>☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box )<br><br>☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes )<br><br>☐    Landlord has a judgment against the debtor for possession of debtor's residence  (If box checked, complete the following )<br><br>           _____<br>           (Name of landlord that obtained judgment)<br><br>           _____<br>           (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification (11 U S C  § 362(l)) |

B1 (Official Form 1) (04/13)                                                                                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>180 Properties, LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U S C § 342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition<br><br>(Check only **one** box )<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U S C § 1515 are attached<br><br>☐ Pursuant to 11 U S C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition A certified copy of the order granting recognition of the foreign main proceeding is attached<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *[signature]*<br>Signature of Attorney for Debtor(s)<br>Landon S. Raiford<br>Printed Name of Attorney for Debtor(s)<br>Jenner + Block LLP<br>Firm Name 353 N. Clark St.<br>Chicago, IL 60654<br>Address 312-222-9350<br>Telephone Number 8/13/2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | I declare under penalty of perjury that (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h), and 342(b) and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section Official Form 19 is attached<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U S C § 110 ) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X *[signature]*<br>Signature of Authorized Individual<br>Carla Denison-Bickett<br>Printed Name of Authorized Individual<br>Manager<br>Title of Authorized Individual<br>08/13/2014<br>Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156* |

**UNANIMOUS WRITTENT CONSENT**
**OF THE MANAGEMENT COMMITTEE OF**
**180 PROPERTIES LLC**
(an Illinois limited liability company)

The undersigned, constituting all of the members of the Management Committee of **180 PROPERTIES LLC** (the "Company"), an Illinois limited liability company, pursuant to Article 8(d) of the Operating Agreement of the Company, do hereby consent and agree to the adoption of the following resolutions and actions:

**IT IS RESOLVED,** that in the judgment of the Management Committee, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7, Title 11 of the United States Code (the "Bankruptcy Code"); and

**FURTHER RESOLVED,** that Carla Denison-Bickett (the "Authorized Manager") is, hereby authorized and empowered on behalf of and in the name of the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") no later than August 14, 2014; and

**FURTHER RESOLVED,** that the law firm Jenner & Block LLP, 353 N. Clark St., Chicago, Illinois 60654, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under Chapter 7 of the Bankruptcy Code; and

**FURTHER RESOLVED,** that the Authorized Manager is authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Manager or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 7 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 7 case; and

**FURTHER RESOLVED,** that the Authorized Manager hereby is authorized and directed on behalf of the Company to take such actions to make, sign, execute, act and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to this unanimous written consent action, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED,** that the Authorized Manager is authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by this unanimous written consent action, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED,** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Manager of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

2298401.1

*[signatures follow]*

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent of the Board of Directors as of the 10th day of August, 2014.

**CINDY HOLLER**

By: ~~_Cindy Holler_~~
Name: CINDY M HOLLER
Title: PRESIDENT

**CARLA DENISON-BICKETT**

By: ~~_Carla Denison-Bickett_~~
Name: CARLA S. DENISON-BICKETT
Title: MANAGER

**TONY MASTRACCI**

By: ~~_Tony Mastracci_~~
Name: TONY MASTRACCI
Title: MANAGER

2298401.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| 180 PROPERTIES LLC, | ) | Case No. |
| | ) | |
| Debtor. | ) | |

**VERIFICATION OF CREDITOR MATRIX**

No. of Creditors: ___71___

The above-captioned Debtor hereby verifies that the list of creditors is true and correct to

the best of its knowledge.

Dated: August 13, 2014

/s/ CSDenison-Bickett

Carla Denison-Bickett
Authorized Agent
180 Properties LLC

Housing Partnership Network
One Washington Mall
12th Floor
Boston, MA 02108

TD Auto Finance
PO Box 16035
Lewiston, ME 04243

Chris Rintz
1175 Spruce St
Winnetka, IL 60093

HCI Cabinetry & Design Inc
3755 E. Main St. Suite 158
St. Charles, IL 60174

2121 KK Retail LLC
13890 Bishops Dr. Suite 120
Brookfield, WI 53005

WI-FI Fairway, LLC
c/o Weiss Properties, Inc.
8170 McCormick Blvd.
Skokie, IL 60076

Yoran Danino
8551 Keystone Ave.
Skokie, IL 60076

The CARA Program
237 S. Desplaines
Chicago, IL 60661

Fifth Third Community Development Corp.
Attn: Asset Management
5747 Perimeter Dr. Suite 253
Dublin, OH 43017

Chase Ink Credit Card
PO Box 15153
Wilmington DE 19886

ACE Painting & Restoration
Attn: Rich Brondi
32 Elm Ave.
Fox Lake, IL 60020

Aimee Crucianelli
7526 38th Ave
Kenosha, WI 53143

Alpha & Omega Property Preservation LLC
2247 W, Adams Street
Chicago, IL 60612

Anaya's Auto Repair
2515 52nd Street
Kenosha, IL 53140

Arch Heating & Cooling, Inc.
1447 Madison Rd
Beloit, WI 53511

Ashanos Freedman & Logan LLC

77 West Washington St.
Suite 1211
Chicago, IL 60602

B&B Heating and Cooling Inc.
PO Box 2363
Orland Park, IL 60462

Bain Environmental
5354 N Paulina
Chicago, IL 60640

Bliffert Lumber
6826 S.13th Street
Oak Creek, WI 53154

Campanella & Sons, Inc.
PO Box 32
Wadsworth, IL 60083

Charles & Edward Inc.
213 Bonnie Brae
Elmhurst, IL 60126

Comcast Cable
PO Box 3001
Southeastern, PA 19398

ComEd Company
AttN: Claim Department
3 Lincoln Center
Oak Brook, IL 60181

David Gibson
64 W Elm Ave.
Roselle, IL 60172

Decor Pro Carpet & Floors Inc.
5236 Main St.
Downers Grove, IL 60515

Delta Dental of Illinois-Risk
P.O.Box 804067
Chicago, IL 60680

Diaz Heating & Cooling
5643 S Christiana
Chicago, IL 60629

Ferguson Enterprises Inc.
PO Box 802817
Chicago, IL 60680

FleetMatics USA LLC
PO Box 347472
Pittsburgh, PA 15251

Four Season Home Services LLC
14017 South Cicero Ave
Crestwood, IL 60445

Four Seasons Heating & Air Conditioning
Attn: Accounting
5701 W 73rd St.
Chicago, IL 60638

G&J Flooring
7066 Hemlock St.
Hanuver Park, IL 60133

Garvey's Office Products
PO Box 66667
Chicago, IL 60666

GE Capital
PO Box 740441
Atlanta, GA 30374

Grand Appliance and TV
1356 North RT 59
Naperville, IL 60563

Groot Industries Inc.
2500 Landmeier Rd.
Elk Grove Village, IL 60007

HD Supply Facilities Maintenance,Ltd.
PO Box 509058
San Diego, CA 92150

HR Direct
PO Box 451179
Sunrise, FL 33345

Jan Pro of Northern Illinois
136 Shore Drive
Burr Ridge, IL 60527

JBM Custom Flooring
1354 S Dunton
Arlington Heights, IL 60005

Kestrel Hawk Landfill
1989 Oakes Road
Racine, WI 53406

Lake Shore Waste Services LLC
6132 Oakton Street
Morton Grove, IL 60053

Leader US Messenger Inc.
2434 E. Dempster St. Suite 102
Des Plaines, IL 60016

Lee's Rent It
4502-38 Avenue
Kenosha, WI 53144

Lindholm Roofing
3588 N Milwaukee Ave.
Chicago, IL 60641

Macke Water System Inc.
P.O. Box 545
Wheeling, IL 60090

Menards Credit Card
PO Box 5219
Carol Stream, IL 60197

Net-Telligence Group Inc.
2024 W Webster, Unit 1
Chicago, IL 60647

Nicor Gas
PO Box 5407
Carol Stream, IL 60197

Ostrow Reisin Berk & Abrams Ltd.
8200 Solutions Center
Chicago, IL 60677

Precision Mechanical, Inc,
9915 Pacific Avenue
Franklin Park, IL 60131

REIN Electric Inc.
700 E Park Ave. Ste 101
Libertyville, IL 60048

Reliance Plumbing
1848 Techny Ct.
Northbrook, IL 60062

Rockford Construction Services Inc.
6638 11th St.
Rockford, IL 61109

Rose Pest Solutions
1809 W. North Ave.
Chicago, IL 60622

Roto-Rooter Plumbing & Drain Service
5672 Collections Center Drive
Chicago, IL 60693

Shell Fleet Plus
Processing Center
PO Box 183019
Columbus, OH 43218

Sierra Cleaning Services
2320 Nan Street
Aurora, IL 60505

Sundial Construction
5600 Astor Ln No. 117
Rolling Meadows, IL 60008

Superior Chimney
1105 E St. Charles Rd
Lombard, IL 60148

Terminix
1550 Burgundy Parkway
Streamwood, IL 60107

The Sherwin-Williams Co.
Accounts Receivable Dept
1150 West Jackson Blvd
Chicago, IL 60607

Time Warner Cable
PO Box 3237
Milwaukee, WI 53201

```
Unum Life Insurance Co. of America
PO Box 403748
Atlanta, GA 30384

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002

Village of Skokie
5127 Oakton Street
Skokie, IL 60077

Waste Management of WI-MN
PO Box 4648
Carol Stream, IL 60197

We Energies
PO Box 2089
Milwaukee, WI 53201

Windmill Countertops
907 West Wilson Street
Batavia, IL 60510

Xclutel Communications
2215 Enterprise Drive Suite 1512
Westchester, IL 60154
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| 180 PROPERTIES LLC, | ) | Case No. |
| | ) | |
| Debtor. | ) | |

**STATEMENT PERTAINING TO SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS OF 180 PROPERTIES LLC**

On August 14, 2014 (the "Petition Date"), 180 Properties LLC (the "Debtor") filed its Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules and SOFA") in accordance with 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(b).  The Debtor incorporates this Statement by reference into its Schedules and SOFA.

1.      Schedules and SOFA.  The Debtor has made commercially reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to the Debtor at the time of preparation.   However, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA.  Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment.  This Statement is incorporated by reference in, and comprises an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

2.      Excluded Assets and Liabilities.  The Debtor may have exclude the following category of assets and liabilities from the Schedules and SOFA: goodwill.  Other immaterial assets and liabilities also may have been excluded.

3.     <u>Summary of Significant Reporting Policies</u>.  The Schedules and SOFA have been sighed by a representative (the "Signatory") of the Debtor.  In reviewing and signing the Schedules and SOFA, the Signatory has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel of the various Debtors.  The Signatory has not (and could not have) personally verified the accuracy of each statement and representation, including statements and representation concerning amounts owed to creditors.

a.  <u>Book Value</u>.  Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtor's accounting records as of the Petition Date.  Unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets and liabilities as listed in the Debtor's books, and are not based upon any estimate of their current market values, which may not correspond to book values.  Account receivable are shown net of any bad debt allowances which the Debtor carries on its books.

b.  <u>Payments to Creditors</u>.  The Debtor has scheduled payments made to creditors within the 90 days prior to the Petition Date on the appropriate SOFA exhibit.  The Debtor has not scheduled amounts still owing, to the extent that any exist, in connection with the aforementioned payments to creditors.  The Debtor has not scheduled payments made to employees during the 90 days prior to the Petition Date to the extent that such payment were ordinary course payment of wages or other compensation.

4.     <u>Causes of Action</u>.  The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and SOFA.  The Debtor reserves all of its rights with respect to any causes of action it may have, and nothing contained in the Schedules and SOFA shall be deemed a waiver of any such causes of action.

5.      Claims.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.   A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability or status, or to otherwise subsequently designate any claim as disputed, contingent, or unliquidated.

6.      Schedule B.   While reasonable best efforts were made to obtain copies of all insurance policies prior to the Petition Date, the Debtor was unable to procure copies prior to filing.  Upon request, the Debtor will provide copies of all insurance policies that were in force as of the Petition Date.

7.      Schedule G.   While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.   Additionally, listing a contract or lease in this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.

8.      Amendment.   While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist.  The Debtor thus reserves the right to amend and/or supplement its Schedules and Statements from time to time as may be necessary or appropriate.

9.      <u>Global Notes Control</u>.  In the event that the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

*** END OF GLOBAL NOTES ***

***SCHEDULES AND SOFA BEGIN ON THE FOLLOWING PAGE ***

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re  180 Properties LLC_____,                Case No. _____
             *Debtor*

                                                          Chapter ___7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 9 | $ 395,225.45 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 265,043.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 50,826.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 1,315,859.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 32 | $ 395,225.45 | $ 1,631,728.45 | |

B6A (Official Form 6A) (12/07)

In re ___180 Properties LLC_____,   Case No. _____
             **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re   180 Properties LLC                                              ,          Case No. _____
                **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash located at office | | 175.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached | | 28,063.71 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | See attached | | 16,803.21 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6.  Wearing apparel. | x | | | |
| 7.  Furs and jewelry. | x | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Global Notes | | |
| 10. Annuities.  Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | x | | | |

In re __180 Properties LLC_____,          Case No. _____
         **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | x | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | | See attached | | 230,161.31 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re __180 Properties LLC_____,    Case No. _____
    **Debtor**    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached | | 75,604.99 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached | | 38,299.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Two HV Vertical Panel Saw ($550.05 each) | | 1,110.10 |
| 30. Inventory. | | See attached | | 5,008.13 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____6__ continuation sheets attached    Total➤    $    395,225.45

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

## SCHEDULE B – BANK ACCOUNT ADDENDUM

JPMorgan Chase Bank, N.A. Checking Account (Account No. ********7983).  Current Value: $21,519.50

JPMorgan Chase Bank, N.A. Savings Account (Account No. ********6798).  Current Value: $2,980.74

JPMorgan Chase Bank, N.A. Savings Account (Account No. ********6764).  Current Value: $3,063.47

Fifth Third Bank Checking Account (Account No. ********4287).  Current Value: $100.00

Fifth Third Bank Checking Account (Account No. ********4295).  Current Value: $100.00

Fifth Third Bank Checking Account (Account No. ********4303).  Current Value: $200.00

Fifth Third Bank Checking Account (Account No. ********8993).  Current Value: $100.00

**180 Properties**
**Schedule B Addendum - Security Deposits**

| Date | Entity Holding Deposit | Amount |
|---|---|---|
| 06/26/2012 | BBD Bay View Commons LLC | $1,597.60 |
| 08/22/2012 | Weiss Properties LL | $3,765.22 |
| 08/22/2012 | Weiss Properties LL | $7,530.44 |
| 10/01/2012 | Yoram Danino | $3,000.00 |
| 11/06/2012 | ComEd | $166.67 |
| 11/20/2012 | Macke Water SystemINC. | $39.95 |
| 11/27/2012 | WiFi Fairway LLC | $150.00 |
| 01/15/2013 | ComEd | $166.67 |
| 02/19/2013 | ComEd | $166.66 |
| 04/24/2013 | ComEd | $73.33 |
| 07/05/2013 | ComEd | $146.67 |
| **TOTAL** | | **$16,803.21** |

**180 Properties LLC**
**Schedule B Addendum - Accounts Receivable**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **3 Point** | | | | | 94.00 | 94.00 |
| **American Homes 4 Rent** | 1,984.01 | 3,327.00 | 1,902.05 | -130.00 | 320.00 | 7,403.06 |
| **Cyprexx** | 41,772.66 | | | | | 41,772.66 |
| **ERA Mi Casa Real Estate** | 390.00 | 14.50 | 232.00 | 0.00 | 660.00 | 1,296.50 |
| **FSRR/BANA** | 21,430.00 | 1,940.00 | | | | 23,370.00 |
| **FSRR/One West Bank** | | 2,700.00 | | | | 2,700.00 |
| **FSRR/Select Portfolio Servicing** | 13,247.00 | 265.00 | | | | 13,512.00 |
| **IPAAC. INC** | 65.00 | 240.00 | | | | 305.00 |
| **Mercy Housing** | | | | | 401.13 | 401.13 |
| **Mercy Portfolio Services** | 7,904.40 | | | | | 7,904.40 |
| **NHS Redevelopment Corporation** | 2,337.75 | 5.50 | 60.60 | 620.00 | 630.00 | 3,653.85 |
| **Reliance Plumbing-C** | | 500.00 | | | | 500.00 |
| **Residential Dynamics Group LLC** | | | | | 8,950.00 | 8,950.00 |
| **Safeguard Properties LLC** | 506.25 | 8,414.05 | 1,360.70 | 2,564.30 | 352.77 | 13,198.07 |
| **The Cogsville Group/Touchstone Management** | 8,607.00 | 4,327.25 | 6,984.69 | 80.00 | 485.00 | 20,483.94 |
| **Touchstone Group** | 11,908.00 | 3,759.00 | | | | 15,667.00 |
| **Wells Fargo Home Mortgage** | 40,080.70 | | | 32.00 | | 40,112.70 |
| **Wells Fargo-PAS** | 28,262.00 | | 200.00 | | 375.00 | 28,837.00 |
| **TOTAL** | $ 178,494.77 | $ 25,492.30 | $ 10,740.04 | $ 3,166.30 | $ 12,267.90 | $ 230,161.31 |

**180 Properties LLC**
**Schedule B Addendum - Vehicles**

| Vehhicle Description | VIN | Current Value |
|---|---|---|
| Ford E350 Van PS-1 | 1FTRW14WX8FC12388 | $1,840.75 |
| | | |
| 2007 Ford E250 Cargo Van PS-4 | 1FTNS24W47DA24783 | $2,857.77 |
| Hitch Attachment for Cargo Van PS-4 | | $100.72 |
| Hitch Attachment for Van | | $53.81 |
| | | |
| 2007 Ford E250 Cargo Van PS-5 | 1FTNS24W77DA24745 | $2,857.77 |
| Hitch attachment for Cargo Van PS-5 | | $100.72 |
| Hitch Attachment for Van | | $53.81 |
| | | |
| 2006 GMC G2500 Cargo Van PS-6 | 1GTGG29V561207068 | $2,536.56 |
| Hitch attachment for Cargo Van PS-6 | | $100.72 |
| Hitch Attachment for Van | | $53.81 |
| | | |
| 2007 GMC Box Truck BT-3 | J8DC4B16277000335 | $5,287.92 |
| | | |
| 2011 FORD FIESTA S | 3FADP4FJ2BM114575 | $8,593.32 |
| | | |
| Jeep Patriot 4DR 4X4 | 1J4NF1GB1BD127475 | $7,596.20 |
| | | |
| 2011 Chevrolet express cargo | 1GCWGGFA2B113179( | $11,039.26 |
| | | |
| 2012 CHEVROLET EXPRESS EXTEN Van 8 | 1GCWGGFA9C113449! | $15,924.26 |
| 2012 Ford ECONOLI EXTEN Van 9 | 1FTNS2EW2CDB13518 | $16,607.59 |
| | | |
| **Total** | | **$75,604.99** |

**180 Properties LLC**
**Schedule B Addendum -- Office Equipment**

| Asset Type | Asset Description | | Property Value |
|---|---|---|---|
| Computer | Laptop for JR | $ | 308.57 |
| Computer | Laptop for IM | $ | 308.57 |
| Computer | Latitude E5410,Fast Track G1 | $ | 1,792.97 |
| Computer | Laptops OptiPlex 780 | $ | 2,247.19 |
| Server | Dell PowerEdge T610 Server | $ | 1,447.71 |
| Server | Fortigate-50B Firewall,Windows Server 2008R2,20 Windows Cals | $ | 598.30 |
| Computer | Apple Macbook | $ | 952.12 |
| Computer | MBP 17/2.4/2X2GB/750/EC/GLSY+APP for MAcbook Pro | $ | 1,642.22 |
| Computer | Acer aspire one net book | $ | 916.94 |
| Computer | Acer aspire one net book | $ | 634.25 |
| Computer | 2 Acer Aspire one 722 LU.SFT03.001 Netbook | $ | 638.92 |
| Computer | 4 Acer Aspire one 722 LU.SFT03.001 Netbook | $ | 1,353.47 |
| Software | Peachtree Quantuim | $ | 743.32 |
| Office furnishings | Wooden Bookshelves | $ | 353.57 |
| Office furnishings | Circular end table/Glass top | $ | 78.57 |
| Office furnishings | 2 drawer filing cabinets | $ | 314.29 |
| Office furnishings | Grey folding card table | $ | 39.29 |
| Office furnishings | Grey folding chairs (match card table) | $ | 78.57 |
| Office furnishings | Sage couch | $ | 196.43 |
| Office furnishings | Black circular end table | $ | 78.57 |
| Office furnishings | Beige cusion chairs | $ | 707.14 |
| Office furnishings | Laser Jet Printers | $ | - |
| Office furnishings | Black office chairs on wheels | $ | 612.86 |
| Office furnishings | Black office chairs without arms | $ | 78.57 |
| Office furnishings | Grey office chairs | $ | 255.36 |
| Office furnishings | Office guest chairs | $ | 157.14 |
| Office furnishings | Conference room chairs on wheels | $ | 471.43 |
| Office furnishings | High back black chairs on wheels | $ | 294.64 |
| Office furnishings | Conference room table | $ | 58.93 |
| Office furnishings | Filing cabinets - 2 drawer | $ | 314.29 |
| Office furnishings | Filing cabinets - 3 drawer | $ | 4,085.71 |
| Office furnishings | Filing cabinets - 4 drawer | $ | 1,060.71 |
| Office furnishings | Lobby chairs | $ | 157.14 |
| Office furnishings | Lobby table | $ | 39.29 |
| Office furnishings | Magazine rack | $ | - |
| Office furnishings | Wooden bookshelves | $ | 294.64 |
| Office furnishings | Blond bookshelves | $ | 58.93 |
| Office furnishings | Cubes | $ | 9,428.57 |
| Office furnishings | L -shaped desks | $ | 785.71 |
| Office furnishings | Overhead cabinets | $ | 1,021.43 |
| Office furnishings | 2-drawer lateral filing cabinets | $ | 628.57 |
| Office furnishings | Small 2-drawer filing cabinet | $ | 314.29 |
| Office furnishings | Office tables | $ | 314.29 |
| Office furnishings | L-shaped desk | $ | 314.29 |
| Office furnishings | Overhead cabinets | $ | 196.43 |
| Office furnishings | 2-drawer lateral filing cabinets | $ | 314.29 |
| Office furnishings | Small 2-drawer filing cabinet | $ | 137.50 |
| Office furnishings | Office table | $ | 157.14 |
| Office furnishings | Blond bookshelves | $ | 235.71 |
| Office furnishings | Guest Chairs | $ | 294.64 |
| Office furnishings | Leather chairs | $ | 471.43 |
| Office furnishings | Table in computer room | $ | 39.29 |
| Office furnishings | Refrigerator | $ | 275.00 |
| Office furnishings | Coffee pot | $ | - |
| Office furnishings | Coffee carafe | $ | - |
| Office furnishings | Shredder | $ | - |
| Office furnishings | Binding Machines | $ | - |
| Office furnishings | Paper cutter | $ | - |
| Office furnishings | Fax machine | $ | - |
| Office furnishings | Framed pictures | $ | - |
| Office furnishings | Wood hangers | $ | - |
| Office furnishings | | $ | - |
| Office furnishings | Laser Jet printers | $ | - |
| Office furnishings | Color printer | $ | - |
| Office furnishings | MAC's | $ | - |
| Office furnishings | Shredder | $ | - |
| **Total:** | | $ | 38,299.20 |

**180 Properties LLC**
**Schedule B Addendum - Inventory**

| | Total |
|---|---|
| **1511-00 Plywood** | $0.00 |
| **1512-00 Other Board up-001** | $0.00 |
| **1513-00 Carriage bolts-003** | $0.00 |
| **1515-00 Locks-001** | $0.00 |
| **1520-00 Trash bag** | $0.00 |
| **1526-00 Air Freshener-002** | $0.00 |
| **1527-00 Vinyl Gloves** | $0.00 |
| **1528-00 Face Masks** | $0.00 |
| **1530-00 Antifreeze** | $0.00 |
| **1535-00 Property Decals-002** | $1,732.88 |
| **1551-00 Camera-001** | $2,850.17 |
| **1552-00 Batteries** | $163.89 |
| **1553-00 SD cards-002** | $261.03 |
| **1555-00 Shimis-002** | $0.00 |
| **1561-00 Manhole cover-001** | $0.00 |
| **1562-00 Plate Cover-001** | $0.16 |
| **1563-00 Water Shut off key-001** | $0.00 |
| **1564-00 Sewage/Basin lid cover-001** | $0.00 |
| **1580-00 Uniform** | $0.00 |
| **1581-00 Boots** | $0.00 |
| **1582-00 Jackets** | $0.00 |
| **1583-00 Shirts** | $0.00 |
| **1584-00 Pants** | $0.00 |
| **1585-00 Hats** | $0.00 |
| **1586-00 Sweatshirts** | $0.00 |
| **1587-00 Polo Shirts** | $0.00 |
| **1588-00 Rainsuit** | $0.00 |
| **Total 1500-00 Inventory Asset** | **$ 5,008.13** |

B6C (Official Form 6C) (04/13)

**In re** _180 Properties LLC_____,    **Case No.** _____

_Debtor_    _(If known)_

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6D (Official Form 6D) (12/07)

In re ___180 Properties LLC_____,    Case No. _____
          **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Housing P'ship Network<br>One Washington Mall<br>12th Floor<br>Boston, MA 02108 | | | May 3, 2013<br>Secured lien on substantially all of Debtor's assets<br><br>VALUE $ 678,361.34 | | | | 245,000.00 | 0.00 |
| ACCOUNT NO.<br><br>TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243 | | | Nov. 27, 2012<br>Secured lien on 2012 Ford Econoline<br><br>VALUE $ 16,607.59 | | | | 10,376.73 | 0.00 |
| ACCOUNT NO.<br><br>TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243 | | | Nov. 27, 2012<br>Secured lien on 2012 Chevy Express<br><br>VALUE $ 10,376.73 | | | | 9,666.71 | 0.00 |

_0_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ 265,043.44 | $ 0.00 |
| Total ▶<br>(Use only on last page) | $ 265,043.44 | $ 0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  180 Properties LLC _____ ,          Case No. _____
_____ *Debtor*                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition  is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."       If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re ___180 Properties LLC_____ ,     Case No._____
                 *Debtor*                                              *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1____ continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re __180 Properties LLC_____,    Case No. _____
           *Debtor*                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chris Rintz<br>1175 Spruce St<br>Winnetka IL 60093 | | | March 31, 2014 | | | x | 50,826.00 | 23,936.00 | 26,890.00 |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. __1_of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 50,826.00 | $ 23,936.00 | 26,890.00 |
| Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 50,826.00 | | |
| Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 23,936.00 | $ 26,980.00 |

In re __180 Properties LLC_____,    Case No. _____
                  **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chase Ink Credit Card<br>PO Box 15153<br>Wilmington DE 19886-5153 | | | November 2013-July 2014<br><br>Credit Card | | | | 46,255.00 |
| ACCOUNT NO.<br><br>2121 KK Retail LLC<br>13890 Bishops Dr. Suite 120<br>Brookfield, WI 53005 | | | June 1, 2014<br>Unpaid rent for<br>nonresidential property | | | | 13,603.84 |
| ACCOUNT NO.<br><br>Weiss Properties, Inc.<br>WI-FI Fairway, LLC<br>c/o Weiss Properties, Inc.<br>8170 McCormick Blvd.<br>Skokie, IL 60076 | | | Unpaid rent for<br>nonresidental property | | | | 22,591.32 |
| ACCOUNT NO.<br><br>The CARA Program<br>237 S. Desplaines<br>Chicago, IL 60661 | | | June 2012, and February 2013 | | | | 350,000.00 |
| | | | | | | Subtotal▶ | $ 432,450.16 |

__14__ continuation sheets attached

                                                Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re ___180 Properties LLC_____,    Case No. _____
           **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fifth Third Community Development Corp.<br>Attn: Asset Management<br>5747 Perimeter Dr. Suite 253<br>Dublin, OH 43017 | | | December 29, 2011<br><br>Unsecured Loan | | | | 500,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.___1___ of___14___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 500,000.00

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  180 Properties LLC_____,      Case No. _____
               **Debtor**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chris Rintz<br>1175 Spruce St.<br>Winnetka, IL 60093 | | | February-March 2013<br><br>Unsecured loan | | | | 128,000.00 |
| ACCOUNT NO.<br><br>ACE Painting & Restoration<br>Attn: Rich Brondi<br>32 Elm Ave.<br>Fox Lake, IL 60020 | | | March 3, 2014<br><br>Trade payable | | | | 200.00 |
| ACCOUNT NO.<br><br>Aimee Crucianelli<br>7526 38th Ave<br>Kenosha, WI 53143 | | | May 1, 2013<br><br>Trade payable | | | | 4,000.00 |
| ACCOUNT NO.<br><br>Alpha & Omega Property Preservation LLC<br>2247 W Adams Street<br>Chicago IL 60612 | | | February-April 2013<br><br>Trade payable | | | | 6,581.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no.__2__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 138,781.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  180 Properties LLC _____,    Case No. _____
               **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Anaya's Auto Repair<br>2515 52nd Street<br>Kenosha, IL 53140 | | | July 9, 2014<br><br>Trade payable | | | | 106.97 |
| ACCOUNT NO.<br><br>Arch Heating & Cooling, Inc.<br>1447 Madison Rd<br>Beloit, WI 53511 | | | December 20, 2013<br><br>Trade payable | | | | 124.00 |
| ACCOUNT NO.<br><br>Ashanos Freedman & Logan LLC<br>77 West Washington St. Suite 1211<br>Chicago IL 60602 | | | January-March 2014<br><br>Legal services | | | | 2,190.00 |
| ACCOUNT NO.<br><br>B&B Heating and Cooling Inc.<br>PO Box 2363<br>Orland Park IL 60462 | | | December 27, 2014<br><br>Trade payable | | | | 170.00 |
| ACCOUNT NO.<br><br>Bain Environmental<br>5354 N Paulina<br>Chicago IL 60640 | | | April-June 2014<br><br>Trade Payable | | | | 1,675.00 |

Sheet no.___3___ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  4,265.97

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re 180 Properties LLC_____ ,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bliffert Lumber <br> 6826 S.13th Street <br> Oak Creek WI 53154 | | | June 2014-July 2014 <br><br> Trade Payable | | | | 831.20 |
| ACCOUNT NO. <br><br> Campanella & Sons, Inc. <br> PO Box 32 <br> Wadsworth IL 60083 | | | June 21, 2013 <br><br> Trade Payable | | | | 540.00 |
| ACCOUNT NO. <br><br> Charles & Edward Inc. <br> 213 Bonnie Brae <br> Elmhurst IL 60126 | | | May-August 2014 <br><br> Trade Payable | | | | 300.00 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no.__4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  1,671.20

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __180 Properties LLC_____,          Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Comcast Cable <br> PO Box 3001 <br> Southeastern PA 19398-3001 | | | July 15, 2014 <br><br> Utility | | | | 368.64 |
| ACCOUNT NO. <br><br> ComEd <br> PO Box 6111 <br> CAROL STREAM IL 60197-6111 | | | April-July 2014 <br><br> Utility | | | | 220.84 |
| ACCOUNT NO. <br><br> David Gibson <br> 64 W Elm Ave. <br> Roselle IL 60172 | | | January-February 2014 <br><br> Trade Payable | | | | 4,000.00 |
| ACCOUNT NO. <br><br> Decor Pro Carpet & Floors Inc. <br> 5236 Main St. <br> Downers Grove IL 60515 | | | April-July 2014 <br><br> Trade Payable | | | | 12,265.05 |
| ACCOUNT NO. <br><br> Delta Dental of Illinois-Risk <br> P.O.Box 804067 <br> Chicago IL 60680-4067 | | | July 31, 2014 <br><br> Insurance premium | | | | 673.81 |

Sheet no.___5__ of _14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤     $
                          17,528.34

Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __180 Properties LLC_____,    Case No. _____
       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Diaz Heating & Cooling <br> 5643 S Christiana <br> Chicago IL 60629 | | | June-July 2014 <br><br> Trade Payable | | | | 7,319.33 |
| ACCOUNT NO. <br><br> Ferguson Enterprises Inc. <br> PO Box 802817 <br> Chicago IL 60680-2817 | | | March-June 2014 <br><br> Trade Payable | | | | 2,308.98 |
| ACCOUNT NO. <br><br> Fifth Third Community Development Corp. <br> Asset Management Dept <br> 5747 Perimeter Drive,Suite 253 <br> Dublin OH 43017 | | | Interest on Loan | | | | 37,500.00 |
| ACCOUNT NO. <br><br> FleetMatics USA LLC <br> PO Box 347472 <br> Pittsburgh PA 15251-4472 | | | January-July 2014 <br><br> Trade Payable | | | | 3,393.00 |
| ACCOUNT NO. <br><br> Four Season Home Services LLC <br> 14017 South Cicero Ave <br> Crestwood IL 60445 | | | January-May 2014 <br><br> Trade Payable | | | | 3,958.00 |

Sheet no.___6___ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   54,479.31

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __180 Properties LLC_____,    Case No. _____
         **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Four Seasons Heating & Air Conditioning<br>Attn: Accounting<br>5701 W 73rd St.<br>Chicago IL 60638 | | | February-April 2014<br><br>Trade Payable | | | | 12,991.90 |
| ACCOUNT NO.<br><br>G&J Flooring<br>7066 Hemlock St.<br>Hanuver Park Il 60133 | | | February 8, 2013<br><br>Trade Payable | | | | 700.00 |
| ACCOUNT NO.<br><br>Garvey's Office Products<br>PO Box 66667<br>Chicago IL 60666-0667 | | | April-July 2014<br><br>Trade Payable | | | | 386.97 |
| ACCOUNT NO.<br><br>GE Capital<br>PO Box 740441<br>Atlanta GA 30374-0441 | | | October-November 2013<br><br>Trade Payable | | | | 493.24 |
| ACCOUNT NO.<br><br>Grand Appliance and TV<br>1356 North RT 59<br>Naperville IL 60563 | | | April-July 2014<br><br>Trade Payable | | | | 4,428.74 |

Sheet no.__7__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 19,000.85

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  180 Properties LLC                          ,          Case No. _____
        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Groot Industries Inc.<br>2500 Landmeier Rd.<br>Elk Grove Village, IL 60007 | | | May-July 2014<br><br>Trade Payable | | | | 2,013.50 |
| ACCOUNT NO.<br><br>HD Supply Facilities Maintenance,Ltd.<br>PO Box 509058<br>San Diego CA 92150-9058 | | | January-April 2014<br><br>Trade Payable | | | | 6,545.33 |
| ACCOUNT NO.<br><br>HR Direct<br>PO Box 451179<br>Sunrise FL 33345-1179 | | | January 27, 2014<br><br>Human resources service | | | | 64.99 |
| ACCOUNT NO.<br><br>Jan Pro of Northern Illinois<br>136 Shore Drive<br>Burr Ridge IL 60527 | | | July-August 2014<br><br>Trade Payable | | | | 180.00 |
| ACCOUNT NO.<br><br>JBM Custom Flooring<br>1354 S Dunton<br>Arlington Heights IL 60005 | | | January and March 2014<br><br>Trade Payable | | | | 6,626.50 |

Sheet no.__8__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 15,430.22

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re _180 Properties LLC_____,    Case No. _____
             **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kestrel Hawk Landfill 1989 Oakes Road Racine WI 53406 | | | January 31, 2014 Trade Payable | | | | 3.25 |
| ACCOUNT NO. Lake Shore Waste Services LLC 6132 Oakton Street Morton Grove IL 60053 | | | May-July 2014 Trade Payable | | | | 76.78 |
| ACCOUNT NO. Leader US Messenger Inc. 2434 E. Dempster St. Suite 102 Des Plaines IL 60016 | | | June 30, 2014 Trade Payable | | | | 28.00 |
| ACCOUNT NO. Lee's Rent It 4502-38 Avenue Kenosha WI 53144 | | | July 24, 2014 Trade Payable | | | | 69.00 |
| ACCOUNT NO. Lindholm Roofing 3588 N Milwaukee Ave Chicago IL 60641 | | | May-July 2014 Trade Payable | | | | 6,562.00 |

Sheet no.__9__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  6,739.03

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   180 Properties LLC                ,        Case No. _____

**Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Macke Water System Inc. <br> P.O. Box 545 <br> Wheeling IL 60090 | | | April-June 2014 <br><br> Trade Payable | | | | 284.80 |
| ACCOUNT NO. <br><br> Menards Credit Card <br> PO Box 5219 <br> Carol Stream IL 60197-5219 | | | Credit Card | | | | 11,450.43 |
| ACCOUNT NO. <br><br> Net-Telligence Group Inc. <br> 2024 W Webster, Unit 1 <br> Chicago IL 60647 | | | April-August 2014 <br><br> Information Technology | | | | 1,920.00 |
| ACCOUNT NO. <br><br> Nicor Gas <br> PO Box 5407 <br> Carol Stream IL 60197-5407 | | | June-July 2014 <br><br> Utility | | | | 156.97 |
| ACCOUNT NO. <br><br> Ostrow Reisin Berk & Abrams Ltd. <br> 8200 Solutions Center <br> Chicago IL 60677-8002 | | | April and August 2013 <br><br> Audit Services | | | | 6,000.00 |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                            Subtotal➤   $            19,812.20

                                                Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   180 Properties LLC                                           ,          Case No. _____
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Precision Mechanical, Inc, <br> 9915 Pacific Avenue <br> Franklin Park IL 60131 | | | December 3, 2013 <br><br> Trade Payable | | | | 1,135.00 |
| ACCOUNT NO. <br><br> REIN Electric Inc. <br> 700 E Park Ave Ste 101 <br> Libertyville IL 60048 | | | July 8, 2014 <br><br> Trade Payable | | | | 650.00 |
| ACCOUNT NO. <br><br> Reliance Plumbing <br> 1848 Techny Ct. <br> Northbrook IL 60062 | | | January 21, 2014 <br> Trade Payable | | | | 161.00 |
| ACCOUNT NO. <br><br> Rockford Construction Services Inc. <br> 6638 11th St. <br> Rockford IL 61109 | | | May-July 2014 <br><br> Trade Payable | | | | 19,694.00 |
| ACCOUNT NO. <br><br> Rose Pest Solutions <br> 1809 W. North Ave. <br> Chicago, IL 60622 | | | May-July 2014 <br><br> Trade Payable | | | | 4,400.00 |

Sheet no.__11__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 26,040.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  180 Properties LLC_____,          Case No. _____
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Roto-Rooter Plumbing & Drain Service<br>5672 Collections Center Drive<br>Chicago IL 60693 | | | July 2014<br><br>Trade Payable | | | | 205.00 |
| ACCOUNT NO.<br><br>Shell Fleet Plus<br>Processing Center<br>PO Box 183019<br>Columbus OH 43218-3019 | | | March-May 2014<br><br>Credit Card | | | | 10,115.52 |
| ACCOUNT NO.<br><br>Sierra Cleaning Services<br>2320 Nan Street<br>Aurora IL 60505 | | | May 2014<br><br>Trade Payable | | | | 1,487.00 |
| ACCOUNT NO.<br><br>Sundial Construction<br>5600 Astor Ln #117<br>Rolling Meadows IL 60008 | | | February 15, 2014<br><br>Trade Payable | | | | 4,805.00 |
| ACCOUNT NO.<br><br>Superior Chimney<br>1105 E St. Charles Rd<br>Lombard IL 60148 | | | July 1, 2014<br><br>Trade Payable | | | | 548.54 |

Sheet no.__12__of__14__ continuation sheets attached                              Subtotal➤    $
to Schedule of Creditors Holding Unsecured                                                                      17,161.06
Nonpriority Claims

                                                                                                   Total➤    $
                                                   (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable on the Statistical
                                            Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __180 Properties LLC_____,    Case No. _____
          **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Terminix<br>1550 Burgundy Parkway<br>Streamwood IL 60107 | | | January-April 2014<br><br>Trade Payable | | | | 2,100.00 |
| ACCOUNT NO.<br><br>The Sherwin-Williams Co.<br>Accounts Receivable Dept<br>1150 West Jackson Blvd<br>Chicago IL 60607-2906 | | | June-July 2014<br><br>Trade Payable | | | | 1,487.00 |
| ACCOUNT NO.<br><br>Time Warner Cable<br>PO Box 3237<br>Milwaukee WI 53201-3237 | | | June, October, November 2013<br><br>Information Technology | | | | 4,805.00 |
| ACCOUNT NO.<br><br>Unum Life Insurance Co. of America<br>PO Box 403748<br>Atlanta GA 30384-3748 | | | July 8, 2014<br><br>Insurance Premium | | | | 548.54 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley PA 18002-5505 | | | June 23, 2014<br><br>Utility | | | | 1,869.73 |

Sheet no.__13_ of __14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 10,810.27

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  180 Properties LLC                                    ,        Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Village of Skokie 5127 Oakton Street Skokie IL 60077 | | | May 14, 2014 Utility | | | | 51.02 |
| ACCOUNT NO. Waste Management of WI-MN PO Box 4648 Carol Stream IL 60197-4648 | | | June-August 2014 Trade Payable | | | | 645.29 |
| ACCOUNT NO. We Energies PO Box 2089 Milwaukee WI 53201-2089 | | | February-May 2014 Utility | | | | 227.06 |
| ACCOUNT NO. Windmill Countertops 907 West Wilson Street Batavia IL 60510 | | | March 20, 2014 Trade Payable | | | | 4,107.00 |
| ACCOUNT NO. Xclutel Communications 2215 Enterprise Drive Suite 1512 Westchester IL 60154 | | | July 4, 2014 Information Technology | | | | 403.88 |

Sheet no.__14__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   5,434.25

Total➤   $   1,338,666.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  180 Properties LLC                          ,            Case No._____
             **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 2121 KK Retail LLC Successor to BBD Bay View Commons, LLC 13890 Bishops Drive Suite 120 Brookfield, WI 53005 | Debtor is lessee under nonresidential lease at 2121 South Kinnic Ave. Suite 5, Milwaukee, WI |
| Weiss Properties, Inc. WI-FI Fairway, LLC c/o Weiss Properties, Inc. 8170 McCormick Blvd. Skokie, IL 60076 | Debtor is lessee under nonresidential lease at 8707 Skokie Blvd., Skokie, IL 60077 |
| Yoram Danino 8551 Keystone Ave. Skokie, IL 60076 | Debtor is lessee under nonresidential lease at 9052 Terminal Ave. Skokie, IL 60077 |
| Wells Fargo Bank N.A. Nancy Kempanien 2650 Well Fargo Way, 3d Fl. Minneapolis, MN 55467 | Debtor agreed to provide Wells Fargo with property preservation services. |
|  |  |
|  |  |

In re __180 Properties LLC_____ ,                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chris Rintz<br>1175 Spruce St.<br>Winnetka, IL 60093 | Chase Ink Credit Card<br>PO Box 15153<br>Wilmington DE 19886-5153 |
| Chris Rintz<br>1175 Spruce St.<br>Winnetka, IL 60093 | TD Auto Finance<br>PO Box 16035<br>Lewiston, ME 04243 |
| Denis Pierce<br>Pierce and Associates, PC<br>1 N. Dearborn Suite 1300<br>Chicago, IL 60602 | Fifth Third Community Development Corp.<br>Attn: Asset Management<br>5747 Perimeter Dr. Suite 253<br>Dublin, OH 43017 |
| Michael T. Clune<br>Clune Construction Company<br>10 S Riverside Plaza #2200<br>Chicago, IL 60606 | Housing P'ship Network<br>One Washington Mall<br>12th Floor<br>Boston, MA 02108 |
|  |  |
|  |  |
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __180 Properties LLC_____ ,          Case No. _____
                    __Debtor__                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief

Date _____          Signature _____
                                                                                                        Debtor

Date _____          Signature _____
                                                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign ]

------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h) and 342(b) and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section

_____
Printed or Typed Name and Title, if any,          Social Security No
of Bankruptcy Petition Preparer                        *(Required by 11 U S C § 110)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document*

_____
_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110*
*18 U S C § 156*

------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Carla Denison-Bickett_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __180 Properties LLC_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __33__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief

Date _8/13/14_____          Signature _CDenison-Bickett_____

                                                              _CARLA DENISON- BICKETT_
                                                              [Print or type name of individual signing on behalf of debtor ]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| 180 PROPERTIES LLC, | ) | Case No. |
| | ) | |
| Debtor. | ) | |

**STATEMENT PERTAINING TO SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENT OF FINANCIAL AFFAIRS OF 180 PROPERTIES LLC**

On August 14, 2014 (the "Petition Date"), 180 Properties LLC (the "Debtor") filed its

Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the

"Schedules and SOFA") in accordance with 11 U.S.C. § 521 and Federal Rule of Bankruptcy

Procedure 1007(b).  The Debtor incorporates this Statement by reference into its Schedules and

SOFA.

1.      Schedules and SOFA.  The Debtor has made commercially reasonable efforts to

ensure that the Schedules and SOFA are accurate and complete based on information that was

available to the Debtor at the time of preparation.   However, subsequent information or

discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or

omissions may exist in the Schedules and SOFA.  Moreover, the Schedules and SOFA contain

unaudited information that is subject to further review and potential adjustment.  This Statement

is incorporated by reference in, and comprises an integral part of, the Schedules and SOFA, and

should be referred to and reviewed in connection with any review of the Schedules and SOFA.

2.      Excluded Assets and Liabilities.  The Debtor may have exclude the following

category of assets and liabilities from the Schedules and SOFA: goodwill.  Other immaterial

assets and liabilities also may have been excluded.

3.    <u>Summary of Significant Reporting Policies</u>.  The Schedules and SOFA have been sighed by a representative (the "Signatory") of the Debtor.  In reviewing and signing the Schedules and SOFA, the Signatory has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel of the various Debtors.  The Signatory has not (and could not have) personally verified the accuracy of each statement and representation, including statements and representation concerning amounts owed to creditors.

a.  <u>Book Value</u>.  Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtor's accounting records as of the Petition Date.  Unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets and liabilities as listed in the Debtor's books, and are not based upon any estimate of their current market values, which may not correspond to book values.  Account receivable are shown net of any bad debt allowances which the Debtor carries on its books.

b.  <u>Payments to Creditors</u>.  The Debtor has scheduled payments made to creditors within the 90 days prior to the Petition Date on the appropriate SOFA exhibit.  The Debtor has not scheduled amounts still owing, to the extent that any exist, in connection with the aforementioned payments to creditors.  The Debtor has not scheduled payments made to employees during the 90 days prior to the Petition Date to the extent that such payment were ordinary course payment of wages or other compensation.

4.    <u>Causes of Action</u>.  The Debtor has not set forth all causes of action against all third parties as assets in its Schedules and SOFA.  The Debtor reserves all of its rights with respect to any causes of action it may have, and nothing contained in the Schedules and SOFA shall be deemed a waiver of any such causes of action.

5.      <u>Claims</u>.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated.   A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability or status, or to otherwise subsequently designate any claim as disputed, contingent, or unliquidated.

6.      <u>Schedule B</u>.   While reasonable best efforts were made to obtain copies of all insurance policies prior to the Petition Date, the Debtor was unable to procure copies prior to filing.  Upon request, the Debtor will provide copies of all insurance policies that were in force as of the Petition Date.

7.      <u>Schedule G</u>.   While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.   Additionally, listing a contract or lease in this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.

8.      <u>Amendment</u>.   While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist.   The Debtor thus reserves the right to amend and/or supplement its Schedules and Statements from time to time as may be necessary or appropriate.

9.      <u>Global Notes Control</u>.  In the event that the Schedules and SOFA differ from the

foregoing Global Notes, the Global Notes shall control.

*** END OF GLOBAL NOTES ***

***SCHEDULES AND SOFA BEGIN ON THE FOLLOWING PAGE ***

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: 180 Properties LLC _____,        Case No. _____
　　　　　　 Debtor                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

　　　　This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　　　Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

　　　　*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

　　　　*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.　Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                   SOURCE

SEE ATTACHED SCHEDULE

B7 (Official Form 7) (04/13)                                                                        2

**2.  Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

AMOUNT                                              SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made
within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED SCHEDULE

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.

B7 (Official Form 7) (04/13)

3

None ☐

c. *All debtors·* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED SCHEDULE

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

SEE ATTACHED SCHEDULE

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)    4

**6. Assignments and receiverships**



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**



List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**



List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                 5

**9. Payments related to debt counseling or bankruptcy**



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**



a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

SEE ATTACHED SCHEDULE

B7 (Official Form 7) (04/13)                                                                                          6

**12. Safe deposit boxes**

None ✓ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ✓ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

SEE ATTACHED SCHEDULE

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

SEE ATTACHED SCHEDULE

B7 (Official Form 7) (04/13)                                                                                                7

**16. Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**



a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B7 (Official Form 7) (04/13)                                                                                                      8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
[✓]    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

          NAME                                        ADDRESS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**19. Books, records and financial statements**

None
[ ]    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

          NAME AND ADDRESS                                        DATES SERVICES RENDERED

SEE ATTACHED SCHEDULE

None
[ ]    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

          NAME                           ADDRESS                  DATES SERVICES RENDERED

SEE ATTACHED SCHEDULE

B7 (Official Form 7) (04/13)                                                                                 9

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

SEE ATTACHED SCHEDULE

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

---

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT
                                                     OF INVENTORY
                                                     (Specify cost, market or other basis)

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES
                                             OF CUSTODIAN
                                             OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☐ b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                             NATURE AND PERCENTAGE
NAME AND ADDRESS                TITLE        OF STOCK OWNERSHIP

SEE ATTACHED SCHEDULE

B7 (Official Form 7) (04/13)                                                                                                    10

**22 . Former partners, officers, directors and shareholders**

None
[✓]

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                      ADDRESS                               DATE OF WITHDRAWAL

None
[ ]

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                                 DATE OF TERMINATION

See Attached Schedule

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
[✓]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                            DATE AND PURPOSE                      AMOUNT OF MONEY
OF RECIPIENT,                             OF WITHDRAWAL                         OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                                          AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
[✓]

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
[✓]

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER-IDENTIFICATION NUMBER (EIN)

*  *  *  *  *  *

*[If completed by an individual or individual and spouse]*

B7 (Official Form 7) (04/13)                                                                                                11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs
and any attachments thereto and that they are true and correct.

Date _____          Signature of Debtor _____

Date _____          Signature of Joint Debtor (if any) _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information and belief

Date   **8/13/14**                      Signature   *Carla Denison Birkett*

                                        Print Name and Title   CARLA DENISON BIRKETT, MANAGER

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

**18** continuation sheets attached

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110, (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h), and
342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy
petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from
the debtor, as required by that section

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No (Required by 11 U S C § 110 )

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,
responsible person, or partner who signs this document*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both.  18 U.S.C. § 156.*

**180 Properties LLC**

**SOFA – Question # 1**

| Amount | Source |
|---|---|
| $1,414,912.38 | 2014 YTD Operations |
| $3,925,460.66 | 2013 Operations |
| $601,232.00 | 2012 Operations |

**180 PROPERTIES LLC**

**SOFA - Question # 3(b)**

| Name and Address of Creditor | Dates of Payments/ Transfers | Amount Paid Or Value of Transfers | Amount Still Owing |
|---|---|---|---|
| Rockford Construction Services Inc. 6638 11th St. Rockford IL 61109 | 05/14/2014 | $1,000.00 | $19,694.00 |
| Diaz Heating & Cooling 5643 S Christiana Chicago IL 60629 | 05/14/2014 | $1,000.00 | $7,319.33 |
| Decor Pro Carpet & Floors Inc. 5236 Main St. Downers Grove IL 60515 | 05/14/2014 | $1,000.00 | $12,265.05 |
| West Bend Mutual Insurance Company 1900 S. 18th Avenue, West Bend, WI 53095 | 05/14/2014 | $4,199.82 | $0.00 |
| Health Care Service Corporation | 05/15/2014 | $12,250.49 | $0.00 |
| Menards Credit Card PO Box 5219 Carol Stream IL 60197-5219 | 05/19/2014 | $3,000.00 | $11,450.43 |
| American Demolition 305 Ramona Avenue Elgin, IL 60120 | 05/21/2014 | $4,831.13 | $0.00 |
| Diaz Heating & Cooling 5643 S Christiana Chicago IL 60629 | 05/21/2014 | $2,000.00 | $7,319.33 |
| Decor Pro Carpet & Floors Inc. 5236 Main St. Downers Grove IL 60515 | 05/21/2014 | $2,000.00 | $12,265.05 |
| The Sherwin-Williams Co. Accounts Receivable Dept 1150 West Jackson Blvd Chicago IL 60607-2906 | 05/21/2014 | $1,818.19 | $2,574.51 |
| Rockford Construction Services Inc. 6638 11th St. Rockford IL 61109 | 05/21/2014 | $3,000.00 | $19,694.00 |

| | | | |
|---|---|---|---|
| Reliance Plumbing | | | |
| 1848 Techny Ct. | | $6,200.00 | |
| Northbrook IL 60062 | 05/21/2014 | | $161.00 |
| Decor Pro Carpet & Floors Inc. | | | |
| 5236 Main St. | | $2,000.00 | |
| Downers Grove IL 60515 | 05/28/2014 | | $12,265.05 |
| Carla Denison-Bickett | | | |
| 237 S Desplaines | | | |
| Chicago IL 60661 | | $5,523.95 | |
| | 05/28/2014 | | $0.00 |
| Diaz Heating & Cooling | | | |
| 5643 S Christiana | | $2,000.00 | |
| Chicago IL 60629 | 05/28/2014 | | $7,319.33 |
| Rockford Construction Services Inc. | | | |
| 6638 11th St. | | $4,000.00 | |
| Rockford IL 61109 | 05/28/2014 | | $19,694.00 |
| The Sherwin-Williams CO. | | | |
| Accounts Receivable Dept | | | |
| 1150 West Jackson Blvd | | $2,000.00 | |
| Chicago IL 60607-2906 | 05/28/2014 | | $2,574.51 |
| WiFi Fairway LLC | | | |
| 8707 Skokie Blvd, | | $7,530.00 | |
| Skokie, IL 60077 | 05/28/2014 | | $0.00 |
| West Bend Mutual Insurance Company | | | |
| 1900 S. 18th Avenue, West Bend, WI | | $3,081.00 | |
| 53095 | 05/28/2014 | | $0.00 |
| WEX Bank | | | |
| 7090 South Union Park Center, | | | |
| Suite 350 | | $6,449.60 | |
| Midvale, UT USA 84047 | 05/28/2014 | | $0.00 |
| Superior Chimney | | | |
| 1105 E St. Charles Rd | | $3,092.29 | |
| Lombard IL 60148 | 05/28/2014 | | $548.54 |
| Menards Credit Card | | | |
| PO Box 5219 | | $3,000.00 | |
| Carol Stream IL 60197-5219 | 05/28/2014 | | $11,450.43 |
| Menards Credit Card | | | |
| PO Box 5219 | | $3,600.00 | |
| Carol Stream IL 60197-5219 | 05/30/2014 | | $11,450.43 |

American Demolition
305 Ramona Avenue                                    $4,831.12
Elgin, IL 60120              06/04/2014                                  $0.00
Decor Pro Carpet & Floors Inc.
5236 Main St.                                        $2,000.00
Downers Grove IL 60515       06/04/2014                                  $12,265.05
Diaz Heating & Cooling
5643 S Christiana                                    $3,310.00
Chicago IL 60629             06/04/2014                                  $7,319.33
Rockford Construction Services Inc.
6638 11th St.                                        $2,000.00
Rockford IL 61109            06/04/2014                                  $19,694.00
The Sherwin-Williams Co.
Accounts Receivable Dept
1150 West Jackson Blvd                               $1,271.49
Chicago IL 60607-2906        06/04/2014                                  $2,574.51
Yoram Danino
8551 Keystone Ave.                                   $3,090.00
Skokie IL 60076              06/04/2014                                  $0.00
Menards Credit Card
PO Box 5219                                          $5,000.00
Carol Stream IL 60197-5219   06/04/2014                                  $11,450.43
Loris AIG-WCPAYGO
22427 Network Place, Chicago Ill                     $2,685.00
60673-1224                   06/06/2014                                  $0.00
Health Care Service Corporation  06/11/2014          $11,948.11          $0.00

West Bend Mutual Insurance Company
1900 S. 18th Avenue, West Bend, WI                   $4,199.82
53095                        06/11/2014                                  $0.00
Menards Credit Card
PO Box 5219                                          $4,000.00
Carol Stream IL 60197-5219   06/11/2014                                  $11,450.43
Menards Credit Card
PO Box 5219                                          $2,000.00
Carol Stream IL 60197-5219   06/13/2014                                  $11,450.43
Rockford Construction Services Inc.
6638 11th St.                                        $5,000.00
Rockford IL 61109            06/18/2014                                  $19,694.00

| | | | |
|---|---|---|---|
| Diaz Heating & Cooling | | | |
| 5643 S Christiana | | $5,983.83 | |
| Chicago IL 60629 | 06/18/2014 | | $7,319.33 |
| The Sherwin-Williams Co. | | | |
| Accounts Receivable Dept | | | |
| 1150 West Jackson Blvd | | $1,000.34 | |
| Chicago IL 60607-2906 | 06/18/2014 | | $2,574.51 |
| Menards Credit Card | | | |
| PO Box 5219 | | $3,000.00 | |
| Carol Stream IL 60197-5219 | 06/18/2014 | | $11,450.43 |
| Menards Credit Card | | | |
| PO Box 5219 | | $5,000.00 | |
| Carol Stream IL 60197-5219 | 06/20/2014 | | $11,450.43 |
| Superior Chimney | | | |
| 1105 E St. Charles Rd | | $5,742.82 | |
| Lombard IL 60148 | 06/20/2014 | | $548.54 |
| Loris AIG-WCPAYGO | | | |
| 22427 Network Place, Chicago Ill | | $4,390.00 | |
| 60673-1224 | 06/20/2014 | | $0.00 |
| Decor Pro Carpet & Floors Inc. | | | |
| 5236 Main St. | | $4,000.00 | |
| Downers Grove IL 60515 | 06/25/2014 | | $12,265.05 |
| Diaz Heating & Cooling | | | |
| 5643 S Christiana | | $4,000.00 | |
| Chicago IL 60629 | 06/25/2014 | | $7,319.33 |
| Carla Denison-Bickett | | | |
| 237 S Desplaines | | $690.11 | |
| Chicago IL 60661 | 06/25/2014 | | $0.00 |
| Rockford Construction Services Inc. | | | |
| 6638 11th St. | | $5,000.00 | |
| Rockford IL 61109 | 06/25/2014 | | $19,694.00 |
| Hannah's Maintenance, Inc | | | |
| 4421 Harlem Ave | | $5,100.00 | |
| Stickney, IL 60402 | 06/25/2014 | | $0.00 |
| Menards Credit Card | | | |
| PO Box 5219 | | $3,000.00 | |
| Carol Stream IL 60197-5219 | 06/30/2014 | | $11,450.43 |
| Eric Wiersema | | | |
| 1036 N. Dearborn Apt. 211 | | $2,010.00 | |
| Chicago, IL 60610 | 07/02/2014 | | $0.00 |

| | | | |
|---|---|---|---|
| Rockford Construction Services Inc. | | | |
| 6638 11th St. | | $1,000.00 | |
| Rockford IL 61109 | 07/02/2014 | | $19,694.00 |
| Loris AIG-WCPAYGO | | | |
| 22427 Network Place, Chicago Ill | | $732.00 | |
| 60673-1224 | 07/03/2014 | | $0.00 |
| Menards Credit Card | | | |
| PO Box 5219 | | $4,000.00 | |
| Carol Stream IL 60197-5219 | 07/08/2014 | | $11,450.43 |
| Rockford Construction Services Inc. | | | |
| 6638 11th St. | | $4,000.00 | |
| Rockford IL 61109 | 07/09/2014 | | $19,694.00 |
| Health Care Service Corporation | 07/09/2014 | $9,651.70 | $0.00 |
| | | | |
| West Bend Mutual Insurance Company | | | |
| 1900 S. 18th Avenue, West Bend, WI | | $2,191.82 | |
| 53095 | 07/09/2014 | | $0.00 |
| WEX Bank | | | |
| 7090 South Union Park Center, | | | |
| Suite 350 | | $6,000.00 | |
| Midvale, UT USA 84047 | 07/09/2014 | | $0.00 |
| Hilltop Cabinet Dist. | | | |
| 3755 E. Main St. Suite 158 | | $11,871.00 | |
| St. Charles, IL 60174 | 07/11/2014 | | $69,061.99 |
| HCI-Hilltop Cabinet Installation Inc. | | | |
| 3755 E. Main St. Suite 158 | | $46,500.00 | |
| St. Charles, IL 60174 | 07/11/2014 | | $69,061.99 |
| Menards Credit Card | | | |
| PO Box 5219 | | $3,000.00 | |
| Carol Stream IL 60197-5219 | 07/14/2014 | | $11,450.43 |
| Decor Pro Carpet & Floors Inc. | | | |
| 5236 Main St. | | $4,000.00 | |
| Downers Grove IL 60515 | 07/16/2014 | | $12,265.05 |
| Diaz Heating & Cooling | | | |
| 5643 S Christiana | | $1,000.00 | |
| Chicago IL 60629 | 07/16/2014 | | $7,319.33 |
| Eric Wiersema | | | |
| 1036 N. Dearborn Apt. 211 | | $1,830.00 | |
| Chicago, IL 60610 | 07/16/2014 | | $0.00 |

| Name / Address | Date | Amount | Amount |
|---|---|---|---|
| Rockford Construction Services Inc. 6638 11th St. Rockford IL 61109 | 07/16/2014 | $10,014.83 | $19,694.00 |
| Menards Credit Card PO Box 5219 Carol Stream IL 60197-5219 | 07/16/2014 | $5,000.00 | $11,450.43 |
| Loris AIG-WCPAYGO 22427 Network Place, Chicago Ill 60673-1224 | 07/21/2014 | $2,030.00 | $0.00 |
| WEX Bank 7090 South Union Park Center, Suite 350 Midvale, UT USA 84047 | 07/22/2014 | $1,469.79 | $0.00 |
| Menards Credit Card PO Box 5219 Carol Stream IL 60197-5219 | 07/23/2014 | $4,000.00 | $11,450.43 |
| Decor Pro Carpet & Floors Inc. 5236 Main St. Downers Grove IL 60515 | 07/23/2014 | $2,000.00 | $12,265.05 |
| Diaz Heating & Cooling 5643 S Christiana Chicago IL 60629 | 07/23/2014 | $5,000.00 | $7,319.33 |
| Carla Denison-Bickett 237 S Desplaines Chicago IL 60661 | 07/23/2014 | $848.51 | $0.00 |
| Eric Wiersema 1036 N. Dearborn Apt. 211 Chicago, IL 60610 | 07/23/2014 | $91.10 | $0.00 |
| Fox Valley Fire & Safety 2730 Pinnacle Drive, Elgin, IL 60124 | 07/23/2014 | $600.00 | $0.00 |
| Rockford Construction Services Inc. 6638 11th St. Rockford IL 61109 | 07/23/2014 | $6,000.00 | $19,694.00 |
| The Sherwin-Williams Co. Accounts Receivable Dept 1150 West Jackson Blvd Chicago IL 60607-2906 | 07/23/2014 | $3,500.96 | $2,574.51 |

| | | | |
|---|---|---|---|
| Menards Credit Card | | | |
| PO Box 5219 | | $4,000.00 | |
| Carol Stream IL 60197-5219 | 07/29/2014 | | $11,450.43 |
| Decor Pro Carpet & Floors Inc. | | | |
| 5236 Main St. | | $3,000.00 | |
| Downers Grove IL 60515 | 07/30/2014 | | $12,265.05 |
| Diaz Heating & Cooling | | | |
| 5643 S Christiana | | $1,000.00 | |
| Chicago IL 60629 | 07/30/2014 | | $7,319.33 |
| Eric Wiersema | | | |
| 1036 N. Dearborn Apt. 211 | | $2,032.50 | |
| Chicago, IL 60610 | 07/30/2014 | | $0.00 |
| Eric Wiersema | | | |
| 1036 N. Dearborn Apt. 211 | | $161.71 | |
| Chicago, IL 60610 | 07/30/2014 | | $0.00 |
| Hannah's Maintenance, Inc | | | |
| 4421 Harlem Ave | | $5,100.00 | |
| Stickney, IL 60402 | 07/30/2014 | | $0.00 |
| Rockford Construction Services Inc. | | | |
| 6638 11th St. | | $7,000.00 | |
| Rockford IL 61109 | 07/30/2014 | | $19,694.00 |
| The Sherwin-Williams Co. | | | |
| Accounts Receivable Dept | | | |
| 1150 West Jackson Blvd | | $1,500.00 | |
| Chicago IL 60607-2906 | 07/30/2014 | | $2,574.51 |
| WEX Bank | | | |
| 7090 South Union Park Center, | | | |
| Suite 350 | | $6,920.49 | |
| Midvale, UT USA 84047 | 07/30/2014 | | $0.00 |
| Yoram Danino | | | |
| 8551 Keystone Ave. | | $2,770.00 | |
| Skokie IL 60076 | 07/30/2014 | | $0.00 |
| Loris AIG-WCPAYGO | | | |
| 22427 Network Place, Chicago Ill | | $2,475.00 | |
| 60673-1224 | 08/01/2014 | | $0.00 |
| Menards Credit Card | | | |
| PO Box 5219 | | $5,000.00 | |
| Carol Stream IL 60197-5219 | 08/06/2014 | | $11,450.43 |

| | | | |
|---|---|---|---|
| Department of the Treasury | | | |
| Internal Revenue Service Center | | $11,144.49 | |
| Kansas City, MO 64999-0099 | 05/20/2014 | | $0.00 |
| IL Department of Revenue | | | |
| PO BOX 19447 | | $1,738.36 | |
| SPRINGFIELD IL 62794-9447 | 05/20/2014 | | $0.00 |
| IL Department of Revenue | | | |
| PO BOX 19447 | | $1,477.36 | |
| SPRINGFIELD IL 62794-9447 | 06/24/2014 | | $0.00 |
| Department of the Treasury | | | |
| Internal Revenue Service Center | | $9,942.43 | |
| Kansas City, MO 64999-0099 | 06/24/2014 | | $0.00 |
| IL Department of Revenue | | | |
| PO BOX 19447 | | $1,478.12 | |
| SPRINGFIELD IL 62794-9447 | 07/21/2014 | | $0.00 |
| Department of the Treasury | | | |
| Internal Revenue Service Center | | $9,883.64 | |
| Kansas City, MO 64999-0099 | 07/21/2014 | | $0.00 |
| IL Department of Revenue | | | |
| PO BOX 19447 | | $1,295.72 | |
| SPRINGFIELD IL 62794-9447 | 07/28/2014 | | $0.00 |
| Department of the Treasury | | | |
| Internal Revenue Service Center | | $8,713.76 | |
| Kansas City, MO 64999-0099 | 07/28/2014 | | $0.00 |
| IL Department of Revenue | | | |
| PO BOX 19447 | | $1,274.62 | |
| SPRINGFIELD IL 62794-9447 | 08/11/2014 | | $0.00 |
| Department of the Treasury | | | |
| Internal Revenue Service Center | | $8,571.02 | |
| Kansas City, MO 64999-0099 | 08/11/2014 | | $0.00 |

**180 PROPERTIES LLC**

**SOFA - Question # 3(c)**

| Name and Address of Creditor and Relationship to Debtor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| Joel Spalding | | | |
| | 04/10/2014 | $76.00 | $0.00 |
| | 04/23/2014 | $455.36 | $0.00 |
| | 04/30/2014 | $595.69 | $0.00 |
| | 05/07/2014 | $958.88 | $0.00 |
| | 05/21/2014 | $580.87 | $0.00 |
| | 06/18/2014 | $833.33 | $0.00 |
| | 07/09/2014 | $600.00 | $0.00 |
| Christopher Rintz 1175 Spruce St. Winnetka, IL 60093 | | | |
| | 10/09/2013 | $750.00 | $0.00 |
| | 10/31/2013 | $35.00 | $0.00 |
| | 11/13/2013 | $750.00 | $0.00 |
| | 12/18/2013 | $750.00 | $0.00 |
| | 01/09/2014 | $750.00 | $0.00 |
| | 02/05/2014 | $750.00 | $0.00 |
| | 08/11/2014 | $16,000.00 | $0.00 |

Carla Denison-Bickett

| | | |
|---|---|---|
| 04/23/2014 | $4,548.00 | $0.00 |
| 05/28/2014 | $5,523.95 | $0.00 |
| 06/25/2014 | $690.11 | $0.00 |
| 07/23/2014 | $848.51 | $0.00 |

**180 PROPERTIES LLC**

**SOFA - Question # 4**

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| JC Improvements, Inc. v. 180 Properties LLC (13M3002662) | Small Claims Proceeding for unpaid services | Circuit Court of Cook County, Illinois Municipal Department, Third District | Settled |
| HCI Cabinetry & Design Inc. v. 180 Properties LLC (14CH645) | Lawsuit for unpaid services | Circuit Court for the 16th Judicial Circuit Kane County, Illinois | Settled |
| 2121 KK Retail LLC v. 180 Properties LLC (14SC018337) | Lawsuit for unpaid rent | State of Wisconsin, Circuit Court, Milwaukee County | Default judgment entered |
| Christopher Rintz v. 180 Properties LLC (14-L-008447) | Lawsuit alleging breach of contract | Circuit Court of Cook County, Illinois First Municipal District Law Division | Pending |

**180 Properties LLC**

**SOFA Addendum – Question # 11**

| Name and Address of Institution | Type of Account, Last Four Digits of Account No., and Amount of Final Balance | Amount and Date of Closing |
|---|---|---|
| JPMorgan Chase N.A.<br>PO Box 659754<br>San Antonio TX 78265-9754 | Saving, 8904, $105.29 | April 14, 2014 |
| JPMorgan Chase N.A.<br>PO Box 659754<br>San Antonio TX 78265-9754 | Savings, 6772, $100.00 | April 14, 2014 |

**180 Properties LLC**

**SOFA Addendum – Question # 14**

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Christopher Rintz<br><br>1175 Spruce Street<br><br>Winnetka, IL 60093 | Office furniture - $24,715 | 8707 Skokie Blvd., Suite 106<br><br>Skokie, IL, 60077 |
| Christopher Rintz<br><br>1175 Spruce Street<br><br>Winnetka, IL 60093 | Tools, furniture, vehicle, appliances, and miscellaneous items - $35,000 | 9052 Terminal Ave<br><br>Skokie, IL, 60077 |

**180 Properties LLC**

**SOFA Addendum – Question 15**

| Address | Name Used | Dates of Occupancy |
|---|---|---|
| 8707 Skokie Blvd. | 180 Properties LLC | 8/17/12-4/22/14 |
| 4927 Main St. | 180 Properties LLC | 2/1/12-8/17/12 |
| 2225 W. Harrison | 180 Properties LLC | 2/1/11-2/1/12 |

**180 Properties LLC**

**SOFA Addendum – Question # 19(a)**

| NAME AND ADDRESS | DESCRIPTION OF SERVICES RENDERED |
|---|---|
| Lijin Sheng<br>6512 Vogt St.<br>Tinley Park, IL 60477 | Staff Accountant from 2011-May 2, 2014 |
| Eric Wiersema<br>1036 N. Dearborn Apt #211<br>Chicago, IL 60610 | Accountant from April 28, 2014 – current |

**SOFA Addendum – Question # 19(b)**

| NAME AND ADDRESS | DESCRIPTION OF SERVICES RENDERED |
|---|---|
| Ostrow Reisin Berk & Abrams, Ltd.<br>NBC Tower - Suite 1500<br>455 N. Cityfront Plaza Dr.<br>Chicago, IL 60611-5313 | Audited books for 2012 |

**SOFA Addendum – Question # 19(c)**

| NAME AND ADDRESS |
|---|
| The Cara Program<br>237 S. Desplaines<br>Chicago IL 60661 |
| Mercy Housing Lakefront<br>120 S. LaSalle, Suite 1850<br>Chicago, IL 60603 |

**180 Properties LLC**

**SOFA Addendum – Question # 21(b)**

| Name And Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Carla Denison-Bickett<br>237 S Desplaines<br>Chicago IL 60661 | Management Committee Member | 0% |
| Cindy Holler<br>120 S. LaSalle St., Suite 1850<br>Chicago, IL 60603 | Management Committee Member | 0% |
| Tony Mastracci<br>120 S. LaSalle St., Suite 1850<br>Chicago, IL 60603 | Management Committee Member | 0% |
| Joel Spaulding | CEO | 0% |
| The Cara Program<br>237 S. Desplaines<br>Chicago, IL 60661 | | 50% |
| Mercy Housing Lakefront<br>120 S. LaSalle St, Suite 1850<br>Chicago, IL 60603 | | 50% |