Ira Bodenstein
Fox Rothschild, LLP
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: 180 PROPERTIES LLC | § | Case No. 14-29827 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 14, 2014.  The undersigned trustee was appointed on August 25, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       223,702.09

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 100,000.00 |
| Administrative expenses | 7,779.75 |
| Bank service fees | 7,179.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 50.34 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 108,692.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/09/2015 and the deadline for filing governmental claims was 02/10/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,435.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/03/2018        By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29827  
**Case Name:** 180 PROPERTIES LLC  

**Period Ending:** 12/03/18

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 08/14/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 01/09/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash located at office<br>    Orig. Description: Cash located at office; Imported from original petition Doc# 1 | 175.00 | 0.00 | | 177.00 | FA |
| 2 | Checking, savings and other bank accounts<br>    Orig. Description: See attached; Imported from original petition Doc# 1 | 28,063.71 | 0.00 | | 8,381.89 | FA |
| 3 | Security deposits<br>    Orig. Description: See attached; Imported from original petition Doc# 1 | 16,803.21 | 0.00 | | 0.00 | FA |
| 4 | Pre-petition account receivables<br>    Orig. Description: See attached; Imported from original petition Doc# 1 | 230,161.31 | 165,000.00 | | 145,415.32 | FA |
| 5 | Vehicles<br>    Orig. Description: See attached; Imported from original petition Doc# 1 | 75,604.99 | 0.00 | | 39,143.54 | FA |
| 6 | Office equipment, furniture and supplies<br>    Orig. Description: See attached; Imported from original petition Doc# 1 | 38,299.00 | 0.00 | | 1,500.00 | FA |
| 7 | Two HV Vertical Panel Saw ($550.05 each)<br>    Orig. Description: Two HV Vertical Panel Saw ($550.05 each); Imported from original petition Doc# 1 | 1,110.10 | 0.00 | | 500.00 | FA |
| 8 | Inventory<br>    Orig. Description: See attached; Imported from original petition Doc# 1 | 5,008.13 | 1.00 | | 500.00 | FA |
| 9 | Nicor Gas Refund  (u) | 0.00 | 0.00 | | 12.70 | FA |
| 10 | Hanover Insurance Premium Refund  (u) | 0.00 | 0.00 | | 1,392.00 | FA |
| 11 | AIG Insurance Premium Refund  (u) | 0.00 | 0.00 | | 5,069.50 | FA |
| 12 | Preference recoveries  (u) | 0.00 | 0.00 | | 21,581.00 | FA |
| 13 | City of Chicago Red Light Settlement  (u) | 0.00 | 0.00 | | 29.14 | FA |
| 13 | **Assets**   Totals (Excluding unknown values) | **$395,225.45** | **$165,001.00** | | **$223,702.09** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-29827  
**Case Name:** 180 PROPERTIES LLC  

**Period Ending:** 12/03/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 08/14/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 01/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

  3/31/2018- Final tax return filed and claims reconciliation underway.
  3/31/2017- Receivables collected and preference litigation concluded
  2016 return filed
  Review and filing of claim objections in process
  4/20/2016- collecting receivables
  Prepare and file final tax returns
  complete CARA and Mercy investigation
  4/20/2015 - Collect remaining receivables
       Complete CARA and Mercy Rule 2014 discovery
        Review claims and object as needed
         Prepare and file tax returns

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015     **Current Projected Date Of Final Report (TFR):**    December 31, 2018

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-29827 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | 180 PROPERTIES LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***1021 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 12/03/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petition receivable | 1121-000 | 32.00 | | 32.00 |
| 09/04/14 | {4} | Neighborhood Lending Services, Inc | pre-petition receivable | 1121-000 | 147.00 | | 179.00 |
| 09/04/14 | {4} | Cyprexx Services, LLC | Pre-petition receivable | 1121-000 | 295.00 | | 474.00 |
| 09/04/14 | {4} | WTH Oakmont Mortgage Pool 217 LP | Pre-petition receivable | 1121-000 | 305.00 | | 779.00 |
| 09/04/14 | {4} | Neighborhood Lending Services, Inc | pre-petition receivable | 1121-000 | 377.00 | | 1,156.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petition receivable | 1121-000 | 416.00 | | 1,572.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petition receivable | 1121-000 | 416.00 | | 1,988.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petition receivable | 1121-000 | 864.00 | | 2,852.00 |
| 09/04/14 | {4} | Neighborhood Housing Services, Inc | pre-petition receivable | 1121-000 | 1,595.00 | | 4,447.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petition receivable | 1121-000 | 4,416.00 | | 8,863.00 |
| 09/04/14 | {4} | RockBridge Operating Account | pre-petition receivable | 1121-000 | 4,945.00 | | 13,808.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petition receivable | 1121-000 | 7,776.00 | | 21,584.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petiton receivable | 1121-000 | 12,256.00 | | 33,840.00 |
| 09/04/14 | {4} | Wells Fargo Home Mortgage | pre-petiton receivable | 1121-000 | 13,056.00 | | 46,896.00 |
| 09/18/14 | {4} | Cyprexx Services, LLC | pre-petition account receivable | 1121-000 | 14,639.50 | | 61,535.50 |
| 09/24/14 | {4} | Cyprexx Services, LLC | pre-petition account receivable | 1121-000 | 885.00 | | 62,420.50 |
| 09/24/14 | {4} | RockBridge Operating Account | pre-petition account receivable | 1121-000 | 5,515.00 | | 67,935.50 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.46 | 67,870.04 |
| 10/06/14 | {4} | Neighborhood Lending Services, Inc | pre-petition account receivable | 1121-000 | 113.50 | | 67,983.54 |
| 10/06/14 | {4} | Better Business Planning Inc | pre petition account receivable | 1121-000 | 2,944.16 | | 70,927.70 |
| 10/06/14 | {4} | RockBridge Operating Account | pre petition account receivable | 1121-000 | 4,510.00 | | 75,437.70 |
| 10/06/14 | {2} | Chase | Funds from closed account 7983 | 1129-000 | 5,547.74 | | 80,985.44 |
| 10/06/14 | {4} | RockBridge Operating Account | pre petition account receivable | 1121-000 | 7,885.00 | | 88,870.44 |
| 10/06/14 | {4} | RockBridge Operating Account | pre petition account receivable | 1121-000 | 14,142.00 | | 103,012.44 |
| 10/10/14 | {4} | Cyprexx Services, LLC | pre petition receivable | 1121-000 | 19,773.16 | | 122,785.60 |
| 10/17/14 | {4} | Wells Fargo Home Mortgage | pre-petition account receivable | 1121-000 | 25,937.00 | | 148,722.60 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.10 | 148,551.50 |
| 11/13/14 | {5} | TD Auto Finance | Excess proceeds from sale of 2012 Ford E250 Van | 1129-000 | 2,519.51 | | 151,071.01 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.87 | 150,877.14 |
| 12/01/14 | {2} | Isac Malmgren | 5th Third bank balance mistakenly sent to Malmgren | 1129-000 | 76.50 | | 150,953.64 |
| 12/01/14 | 101 | Com Ed | final post petition electic bill Account # 2370081040 | 2420-000 | | 277.77 | 150,675.87 |
| 12/10/14 | {2} | Chase | Funds from closed account 7983 | 1129-000 | 775.95 | | 151,451.82 |
| 12/11/14 | {5} | American Auction Associates, Inc | Gross proceeds from sale of vehicles | 1129-000 | 36,617.50 | | 188,069.32 |

Subtotals : $188,777.52 $708.20

{} Asset reference(s)

Printed: 12/03/2018 04:16 PM V.14.14

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-29827 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | 180 PROPERTIES LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***1021 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 12/03/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/12/14 | 102 | American Auction Associates, Inc | Expenses for sale of vehicles | 3620-000 | | 4,770.17 | 183,299.15 |
| 12/16/14 | {5} | TD Auto Finance | Reimbursement of excess proceeds from sale of vehicle | 1129-000 | 6.53 | | 183,305.68 |
| 12/19/14 | {9} | Nicor Gas | Utility Refund | 1290-000 | 12.70 | | 183,318.38 |
| 12/19/14 | {1} | Shaw Fishman Glantz & Towbin LLC | Check for Petty Cash funds found in strongbox at premises | 1129-000 | 177.00 | | 183,495.38 |
| 12/29/14 | {10} | Hanover Insurance Group | Refund of Insurance Premiums | 1290-000 | 1,392.00 | | 184,887.38 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 279.97 | 184,607.41 |
| 01/05/15 | | Airflow Heating & Air Conditioning | Sale of Equipment per 11/13/14 Order Dkt # 38 | | 2,500.00 | | 187,107.41 |
| | {6} | | 1129-000        1,500.00 | 1129-000 | | | 187,107.41 |
| | {7} | | 1129-000          500.00 | 1129-000 | | | 187,107.41 |
| | {8} | | 1129-000          500.00 | 1129-000 | | | 187,107.41 |
| 01/05/15 | 103 | R.M.C. | Payment for invntory of assets per 11/13/14 Order Dkt. # 38 | 2500-000 | | 1,000.00 | 186,107.41 |
| 01/19/15 | 104 | Housing Partnership Fund, Inc | Docket No. 44 Compromise order entered 1/13/15 | 4210-000 | | 100,000.00 | 86,107.41 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.24 | 85,858.17 |
| 02/10/15 | {2} | Chase | Closed account funds Account .....7983 | 1129-000 | 1,767.20 | | 87,625.37 |
| 02/11/15 | 105 | Arthur B. Levine Company | 2015 Bond Premium | 2300-000 | | 106.00 | 87,519.37 |
| 02/25/15 | {2} | Chase | Closed account funds Account .....7983 | 1129-000 | 214.50 | | 87,733.87 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.60 | 87,617.27 |
| 03/11/15 | 106 | JP Morgan Chase Bank | Case ID SB623956-I1 bank statement production | 8500-000 | | 50.34 | 87,566.93 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.39 | 87,432.54 |
| 04/29/15 | 107 | United States Department of the Treasury | Form 940 annual form for 2014 EIN 27-0561021 | 2990-000 | | 1,424.26 | 86,008.28 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.75 | 85,882.53 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.16 | 85,762.37 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.57 | 85,630.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.27 | 85,503.53 |
| 08/26/15 | {4} | RockBridge Operating Account | pre petition account receivable | 1121-000 | 2,175.00 | | 87,678.53 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.09 | 87,559.44 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.34 | 87,425.10 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.74 | 87,299.36 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.37 | 87,177.99 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.94 | 87,040.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.70 | 86,919.35 |

Subtotals :        $8,244.93        $109,394.90

{} Asset reference(s)                                                                         Printed: 12/03/2018 04:16 PM    V.14.14

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 14-29827 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | 180 PROPERTIES LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***1021 | | Blanket Bond: | $45,000,000.00 (per case limit) |
| Period Ending: | 12/03/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/03/16 | {11} | American International Group | Return of advanced payment insurance premium per Dkt # 49. | 1290-000 | 5,069.50 | | 91,988.85 |
| 02/15/16 | 108 | Arthur B. Levine Company | Trustee surety bond 2016 | 2300-000 | | 87.40 | 91,901.45 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.08 | 91,775.37 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.82 | 91,630.55 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.05 | 91,503.50 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.87 | 91,376.63 |
| 06/09/16 | {12} | Hannah's Maintenance Inc | First installment of preference settlement | 1141-000 | 500.00 | | 91,876.63 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.67 | 91,731.96 |
| 07/05/16 | {12} | Sherwin -Williams | Settlement order 6/21/16 Dkt # 64 | 1141-000 | 5,000.00 | | 96,731.96 |
| 07/05/16 | {12} | WEX, Inc | Settlement order 6/21/16 Dkt # 64 | 1141-000 | 5,000.00 | | 101,731.96 |
| 07/06/16 | {12} | Hannah's Maintenance Inc | Second installment of preference settlement | 1141-000 | 500.00 | | 102,231.96 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.71 | 102,093.25 |
| 08/04/16 | {12} | Hannah's Maintenance Inc | Third installment of preference settlement | 1141-000 | 500.00 | | 102,593.25 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.71 | 102,431.54 |
| 09/07/16 | {12} | Hannah's Maintenance Inc | Fouth installment of preference settlement | 1141-000 | 500.00 | | 102,931.54 |
| 09/29/16 | {12} | Hannah's Maintenance Inc | Final installment of preference settlement | 1141-000 | 500.00 | | 103,431.54 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.45 | 103,284.09 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.21 | 103,140.88 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.82 | 102,983.06 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.72 | 102,835.34 |
| 01/10/17 | {12} | HCI Cabinetry & Design | Fisrt installment per settlement order Dkt # 73 | 1141-000 | 2,000.00 | | 104,835.34 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.66 | 104,675.68 |
| 02/06/17 | 109 | International Sureties,Ltd | 2017 Bond Premium | 2300-000 | | 43.00 | 104,632.68 |
| 02/14/17 | {12} | HCI Cabinetry & Design | Second installment per settlement order Dkt # 73 | 1141-000 | 2,000.00 | | 106,632.68 |
| 02/17/17 | 110 | Illinois Department of Revenue | 2016 IL -1065-V | 2820-000 | | 34.00 | 106,598.68 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.72 | 106,456.96 |
| 03/08/17 | {12} | HCI Cabinetry & Design | Final installment per settlement order Dkt # 73 | 1141-000 | 2,000.00 | | 108,456.96 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.33 | 108,296.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.38 | 108,151.25 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.11 | 107,980.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.31 | 107,824.83 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.91 | 107,674.92 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.37 | 107,504.55 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.47 | 107,355.08 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.70 | 107,190.38 |
| | | | Subtotals : | | $23,569.50 | $3,298.47 | |

{} Asset reference(s)

Printed: 12/03/2018 04:16 PM    V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 14-29827 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | 180 PROPERTIES LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***1021 | | Blanket Bond: | $45,000,000.00   (per case limit) |
| Period Ending: | 12/03/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.17 | 107,036.21 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.82 | 106,887.39 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.11 | 106,718.28 |
| 02/10/18 | 111 | International Sureties,Ltd | 2018 Bond Premium<br>Stopped on 02/16/18 | 2300-000 | | 37.15 | 106,681.13 |
| 02/16/18 | 111 | International Sureties,Ltd | 2018 Bond Premium<br>Stopped: check issued on 02/10/18 | 2300-000 | | -37.15 | 106,718.28 |
| 02/16/18 | 112 | International Sureties,Ltd | 2018 Bond Premium | 2300-000 | | 37.15 | 106,681.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.25 | 106,537.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.23 | 106,384.65 |
| 04/25/18 | {12} | West Bend Mutual Insurance | Check from firm client funds after wire from West Bend~Settlement Order Docket # 72 | 1241-000 | 3,081.00 | | 109,465.65 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.21 | 109,317.44 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.97 | 109,144.47 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.75 | 108,992.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.21 | 108,825.51 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.74 | 108,663.77 |
| 10/03/18 | {13} | City of Chicago | City of Chicago Red Light Settlement | 1249-000 | 29.14 | | 108,692.91 |
| | | | ACCOUNT TOTALS | | 223,702.09 | 115,009.18 | $108,692.91 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 223,702.09 | 115,009.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $223,702.09 | $115,009.18 | |

| Net Receipts : | 223,702.09 |
|---|---|
| Net Estate : | $223,702.09 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9466 | 223,702.09 | 115,009.18 | 108,692.91 |
| | $223,702.09 | $115,009.18 | $108,692.91 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 9, 2015

**Case Number:** 14-29827　　　　　　　　　　　　Page: 1　　　　　　　　　　　　**Date:** December 3, 2018
**Debtor Name:** 180 PROPERTIES LLC　　　　　　　　　　　　　　　　　　　　　　　**Time:** 04:16:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $14,435.10 | $0.00 | 14,435.10 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $45.04 | $0.00 | 45.04 |
| 200 | Fox Rothschild LLP<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $6,019.04 | $0.00 | 6,019.04 |
| 200 | Fox Rothschild LLP<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $45,018.00 | $0.00 | 45,018.00 |
| 200 | Kutchins Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $15,425.50 | $0.00 | 15,425.50 |
| 200 | Kutchins Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $17.28 | $0.00 | 17.28 |
| 5P-3<br>570 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $4.36 | $0.00 | 4.36 |
| 7P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $1,682.43 | $0.00 | 1,682.43 |
| 8<br>570 | 180 Properties, LLC 401(k) Plan<br>Larry Lefoldt, Independent Fiduciary<br>Lefoldt & Co, PA,PO Box 2848<br>Ridgeland, MS 39158-2848 | Priority | | $3,028.27 | $0.00 | 3,028.27 |
| 9P<br>570 | Christopher Rintz<br>c/o Lauren Newman,Thompson Coburn<br>LLP,55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Priority | | $12,475.00 | $0.00 | 12,475.00 |
| 12P<br>570 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Priority | | $2,719.52 | $0.00 | 2,719.52 |
| 1<br>610 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $31.14 | $0.00 | 31.14 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 9, 2015

**Case Number:** 14-29827  
**Debtor Name:** 180 PROPERTIES LLC

Page: 2

**Date:** December 3, 2018  
**Time:** 04:16:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 2<br>610 | Groot Industries Inc.<br>2500 Landmeier Rd.<br>Elk Grove Village, IL 60007 | Unsecured | | $2,792.50 | $0.00 | 2,792.50 |
| 3<br>610 | Fifth Third Community Development Corporation<br>c/o David L Hazan,Diver, Grach, Quade & Masini, LLP,111 N County Street<br>Waukegan, IL 60085 | Unsecured | | $539,416.67 | $0.00 | 539,416.67 |
| 4 -2<br>610 | 2121 KK Retail LLC<br>Quarles & Brady LLP, Patrick Schoen<br>411 E Wisconsin AVe, Ste 2350<br>Milwaukee, WI 53202-4426 | Unsecured | | $22,588.71 | $0.00 | 22,588.71 |
| 5U-3<br>610 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $5,808.16 | $0.00 | 5,808.16 |
| 6<br>610 | JBM Custom Hardwood Flooring<br>Wolfe and Polovin<br>180 N LaSalle, Ste 2420<br>Chicago, IL 60601 | Unsecured | | $6,626.50 | $0.00 | 6,626.50 |
| 7U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $220.00 | $0.00 | 220.00 |
| 9U<br>610 | Christopher Rintz<br>c/o Lauren Newman,Thompson Coburn LLP,55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Unsecured | Amended by proof of claim filed 12/26/17 | $166,350.66 | $0.00 | 166,350.66 |
| 10<br>610 | Granite State Insurance Company<br>American International Group, Inc,<br>New York, NY 10038 | Unsecured | Allowed per Court Order entered 01/07/16 Dkt # 49 | $17,786.50 | $0.00 | 17,786.50 |
| 11<br>610 | WI-FI Fairway, LLC<br>c/o Dickler, Kahn, Slowikowski<br>& Zavell, Ltd,85 W Algonquin Rd, Ste 420<br>Arlington Heights, IL 60005 | Unsecured | | $143,989.60 | $0.00 | 143,989.60 |
| 12U<br>620 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Unsecured | | $820.00 | $0.00 | 820.00 |
| **<< Totals >>** | | | | 1,007,299.98 | 0.00 | 1,007,299.98 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 14-29827
Case Name: 180 PROPERTIES LLC
Trustee Name: Ira Bodenstein

**Balance on hand:**                $ 108,692.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    108,692.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for chapter 7 administration expenses:    $    0.00
Remaining balance:    $    108,692.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    108,692.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,909.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P-3 | Internal Revenue Service | 4.36 | 0.00 | 0.00 |
| 7P | Illinois Department of Employment Security | 1,682.43 | 0.00 | 0.00 |
| 8 | 180 Properties, LLC 401(k) Plan | 3,028.27 | 0.00 | 0.00 |
| 9P | Christopher Rintz | 12,475.00 | 0.00 | 0.00 |
| 12P | Wisconsin Dept of Revenue | 2,719.52 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 108,692.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 905,610.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 31.14 | 0.00 | 0.00 |
| 2 | Groot Industries Inc. | 2,792.50 | 0.00 | 0.00 |
| 3 | Fifth Third Community Development Corporation | 539,416.67 | 0.00 | 0.00 |
| 4 -2 | 2121 KK Retail LLC | 22,588.71 | 0.00 | 0.00 |
| 5U-3 | Internal Revenue Service | 5,808.16 | 0.00 | 0.00 |
| 6 | JBM Custom Hardwood Flooring | 6,626.50 | 0.00 | 0.00 |
| 7U | Illinois Department of Employment Security | 220.00 | 0.00 | 0.00 |
| 9U | Christopher Rintz | 166,350.66 | 0.00 | 0.00 |
| 10 | Granite State Insurance Company | 17,786.50 | 0.00 | 0.00 |
| 11 | WI-FI Fairway, LLC | 143,989.60 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 108,692.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 820.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12U | Wisconsin Dept of Revenue | 820.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 108,692.91

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 108,692.91

**UST Form 101-7-TFR (05/1/2011)**