# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| ) | Case No. 14-29827 |
| 180 PROPERTIES LLC aka CLEANSLATE ) | Jointly Administered |
| PROPERTIES SERVICES, LLC, ) | |
| ) | |
| Debtor. ) | Honorable Pamela S. Hollis |
| ) | |
| ) | Hearing Date:  January 10, 2019 |
| ) | Hearing Time:  10:30 a.m. |

## NOTICE OF APPLICATION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on January 10, 2019 at 10:30 a.m., the undersigned shall appear before the Honorable Pamela S. Hollis, or whomever may be sitting in her place and stead, in courtroom 644, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604 and will then and there present the **First and Final Fee Application of Kutchin, Robbins & Diamond, Ltd., Successor to Popowcer Katten, Ltd. as Accountant to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, at which time you may appear if you deem fit.

Dated:  December 17, 2018

Respectfully submitted,

*/s/ Ira Bodenstein*
Ira Bodenstein (# 3126857)
FOX ROTHSCHILD LLP
321 N. Clark Street, Ste. 800
Chicago, IL 60654
Tel: (312) 541-0151
ibodenstein@foxrothschild.com
*Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **First and Final Fee Application of of Kutchin, Robbins & Diamond, Ltd., Successor to Popowcer Katten, Ltd. as Accountant to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, upon the attached Service List in the manner indicated on this 17th day of December, 2018.

/s/ Ira Bodenstein

## **Electronic Mail Notice List – Case No. 14-29827**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Terence G Banich    tbanich@foxrothschild.com, kjanecki@foxrothschild.com
- Ira Bodenstein    ibodenstein@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Ira Bodenstein    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Jennifer Devroye    jdevroye@foxrothschild.com, kjanecki@foxrothschild.com
- Richard M. Fogel    rfogel@foxrothschild.com
- John W Guzzardo    jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- David L Hazan    dlhazan@divergrach.com
- Kathryn A Klein    iln@riezmanberger.com
- Jeremy C Kleinman    jkleinman@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Lauren Newman    lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
- Landon S Raiford    lraiford@jenner.com, mmatlock@jenner.com;JSteffen@jenner.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

**Via U.S. Regular Mail**

Commonwealth Edison
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL  60181

Groot Industries Inc.
2500 Landmeier Road
Elk Grove Village, IL  60007

Fifth Third Community Development Corporation
c/o David L. Hazan
Diver, Grach, Quade & Masini, LLP
111 N. County Street
Waukegan, IL  60085

ACTIVE\65729342.v1-12/17/18

2121 KK Retail LLC
Quarles & Brady lLP
Attn: Patrick Schoen
411 E. Wisconsin Ave., Suite 2350
Milwaukee, WI  53202-4426

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

JBM Custom Hardwood Flooring
Wolfe and Polovin
180 N. LaSalle Street, Suite 2420
Chicago, IL  60601

Illinois Department of Employment Security
33 South State Street
Chicago, IL  60603
Attn: Bankruptcy Unit – 10th Floor

180 Properties, LLC 401(k) Plan
Larry Lefoldt, Independent Fiduciary
Lefoldt & Co., P.A.
P.O. Box 2848
Ridgeland, MS 39158-2848

Christopher Rintz
c/o Lauren Newman
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL  60603

Granite State Insurance Company
American International Group, Inc.
Michelle A. Levitt, Authorized Rep.
175 Water Street, 15th Floor
New York, NY  10038

WI-FI Fairway, LLC
c/o Dickler, Kahn, Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL   60005

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI  53708-8901

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 ) |
| | ) Case No. 14-29827 |
| 180 PROPERTIES LLC aka CLEANSLATE PROPERTIES SERVICES, LLC, | ) Jointly Administered ) |
| Debtor. | ) Honorable Pamela S. Hollis |
| | ) |
| | ) Hearing Date: January 10, 2019 |
| | ) Hearing Time: 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| Name of Applicant: | Kutchin, Robbins & Diamond, Ltd., Successor to Popowcer Katten, Ltd. |
|---|---|
| Authorized to Provide Professional Services to: | Ira Bodenstein, Chapter 7 Trustee of 180 Properties |
| Date of Order Authorizing Employment: | October 21, 2014, effective as of August 25, 2014 |
| Period for Which Compensation is Sought: | August 25, 2014 through August 31, 2018 |
| Amount of Fees Sought: | $15,425.50 |
| Amount of Expense Reimbursement Sought: | $17.28 |
| This is a(n): | ☐ Interim Application     ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Applicant: Kutchins, Robbins & Diamond, Ltd., successor to Popowcer Katten, Ltd. | Fox Rothschild LLP |
|---|---|
| Date:    December 17, 2018 | By:    /s/ *Ira Bodenstein*  |
| | One of its Members |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| | ) Case No. 14-29827 |
| 180 PROPERTIES LLC aka CLEANSLATE PROPERTIES SERVICES, LLC, | ) Jointly Administered |
| | ) |
| Debtor. | ) Honorable Pamela S. Hollis |
| | ) |
| | ) Hearing Date: January 10, 2019 |
| | ) Hearing Time: 10:30 a.m. |

## FIRST AND FINAL FEE APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD., SUCCESSOR TO POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF

Kutchen, Robbins & Diamond, Ltd., successor to Popowcer Katten, Ltd. ("KRD"), the accountants for Ira Bodenstein, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of 180 Properties LLC aka Cleanslate Properties Services, LLC (the "Debtor"), submits this first and final application (the "Application") seeking allowance and payment of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b) for the period August 25, 2014 through August 31, 2018 (the "Application Period"). In support of this Application, KRD states as follows:

### JURISDICTION, BACKGROUND AND SIGNIFICANT EVENTS

1.  This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

2.  Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On August 15, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. On August 25, 2014, the Trustee was appointed as successor trustee to Robert B. Katz for the Debtor's estate.

5. On October 13, 2014, the Trustee filed the Application of Trustee for Authority to Employ Popowcer Katten, Ltd. ("PK") as Accountant [Dkt. No. 26] (the "PK Retention Application") in connection with the above-captioned bankruptcy case pursuant to 11 U.S.C. §§ 327 and 330 and Fed. R. Bankr. P. 2014, to provide accounting services for the benefit of the Estate.

6. On October 21, 2014, the Court entered an order [Dkt. No. 29] granting the PK Retention Application, authorizing the Trustee to employ PK, effective as of August 25, 2014.

7. PK subsequently merged into KRD. All of the accountants employed by the Estate at PK joined KRD.

## SERVICES RENDERED BY PK/KRD

8. During the Application Period, KRD performed the following services in connection with the Trustee's administration of this case:

   a. Preparation of federal and state partnership income tax returns for the years ended December 31, 2013 through 2017 and a final return for 2018; and

   b. Preparation of payroll tax forms and W-2 forms for the year ended December 31, 2014.

9. KRD has provided valuable accounting services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the

allowance and payment of fees in the amount of $15,425.50 for these services, no amount of which has been previously paid.

10.     The following professionals rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 4.3 | $265.00 | $1,139.50 |
| L. West | 10.8 | $255.00 | $2,754.00 |
| L. West | 39.6 | $250.00 | $9,900.00 |
| B. Glusak | 6.8 | $240.00 | $1,632.00 |
| TOTALS | 61.5 |  | $15,425.50 |

11.     The KRD statements of services rendered and expenses incurred (the "Invoices") for the Application Period are attached hereto as "Exhibit A" and incorporated herein by reference. The Invoices provide detailed descriptions of all services rendered, as well as the timekeeper, date, and amount of time expended.

## EXPENSES

12.     KRD is requesting reimbursement of expenses for postage in the amount of $17.28. The expenses for which reimbursement is requested are actual and necessary expenses, which KRD incurred in the course of providing services to the Trustee. All expenses were billed in the same manner as KRD bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## NO CONFLICTS OR SHARING AGREEMENT

13. No agreement or understanding between KRD and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

14. KRD has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

15. Notice of this Application has been provided in accordance with Federal Rule of Bankruptcy Procedure 2002(a)(6) to (i) the Office of the United States Trustee; (ii) the Debtor's counsel; (iii) all creditors requesting notice in this case; and (iv) all creditors who filed proofs of claim. KRD requests that the Court finds this notice sufficient under the circumstances.

## CONCLUSION

WHEREFORE, KRD respectfully requests the entry of an order, substantially in the form attached hereto, that:

a) Approves and allows KRD's compensation in the amount of $15,425.50, on a final basis, for services provided during the Application Period beginning August 25, 2014 through and including August 31, 2018;

b) Approves and allows KRD's $17.28 in expense reimbursement, on a final basis, for expenses incurred during the Application Period beginning August 25, 2014 through and including August 31, 2018;

c) Authorizes the Trustee to pay KRD $15,425.50 in allowed fees;

d) Authorizes the Trustee to pay PK $17.28 in allowed expenses;

e) Final notice of the Application sufficient; and

f) Provides PK and KRD with such additional relief as may be appropriate and just under the circumstances.

                                                Respectfully submitted,

                                                FOX ROTHSCHILD LLP

Dated: December 17, 2018             By:   */s/ Ira Bodenstein*
                                                Ira Bodenstein
                                                321 North Clark Street, Suite 800
                                                Chicago, IL 60654
                                                Tel: (312) 541-0151
                                                Fax: (312) 980-3888
                                                *Counsel for the Trustee*