# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 14-29827 |
| 180 PROPERTIES LLC aka CLEANSLATE PROPERTIES SERVICES, LLC, | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: January 10, 2019 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF APPLICATION

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on January 10, 2019 at 10:30 a.m., the undersigned shall appear before the Honorable Pamela S. Hollis, or whomever may be sitting in her place and stead, in courtroom 644, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604 and will then and there present the **First and Final Fee Application of Fox Rothschild LLP as Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, at which time you may appear if you deem fit.

Dated: December 17, 2018

Respectfully submitted,

*/s/ Ira Bodenstein*
Ira Bodenstein (# 3126857)
FOX ROTHSCHILD LLP
321 N. Clark Street, Ste. 800
Chicago, IL 60654
Tel: (312) 541-0151
ibodenstein@foxrothschild.com
*Counsel to the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice of Application** and **First and Final Fee Application of Fox Rothschild LLP as Counsel to Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses and Related Relief**, upon the attached Service List in the manner indicated on this 17th day of December, 2018

/s/ Ira Bodenstein

## Electronic Mail Notice List – Case No. 14-29827

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Terence G Banich    tbanich@foxrothschild.com, kjanecki@foxrothschild.com
- Ira Bodenstein    ibodenstein@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Ira Bodenstein    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Jennifer Devroye    jdevroye@foxrothschild.com, kjanecki@foxrothschild.com
- Richard M. Fogel    rfogel@foxrothschild.com
- John W Guzzardo    jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- David L Hazan    dlhazan@divergrach.com
- Kathryn A Klein    iln@riezmanberger.com
- Jeremy C Kleinman    jkleinman@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Lauren Newman    lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com;aversis@thompsoncoburn.com;bray@thompsoncoburn.com
- Landon S Raiford    lraiford@jenner.com, mmatlock@jenner.com;JSteffen@jenner.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com

**Via U.S. Regular Mail**

Commonwealth Edison
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL  60181

Groot Industries Inc.
2500 Landmeier Road
Elk Grove Village, IL  60007

Fifth Third Community Development
Corporation
c/o David L. Hazan
Diver, Grach, Quade & Masini, LLP
111 N. County Street
Waukegan, IL 60085

2121 KK Retail LLC
Quarles & Brady lLP
Attn: Patrick Schoen
411 E. Wisconsin Ave., Suite 2350
Milwaukee, WI 53202-4426

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JBM Custom Hardwood Flooring
Wolfe and Polovin
180 N. LaSalle Street, Suite 2420
Chicago, IL 60601

Illinois Department of Employment Security
33 South State Street
Chicago, IL 60603
Attn: Bankruptcy Unit – 10th Floor

180 Properties, LLC 401(k) Plan
Larry Lefoldt, Independent Fiduciary
Lefoldt & Co., P.A.
P.O. Box 2848
Ridgeland, MS 39158-2848

Christopher Rintz
c/o Lauren Newman
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603

Granite State Insurance Company
American International Group, Inc.
Michelle A. Levitt, Authorized Rep.
175 Water Street, 15th Floor
New York, NY 10038

WI-FI Fairway, LLC
c/o Dickler, Kahn, Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| | ) Case No. 14-29827 |
| 180 PROPERTIES LLC aka CLEANSLATE PROPERTIES SERVICES, LLC, | ) Jointly Administered |
| | ) |
| Debtor. | ) Honorable Pamela S. Hollis |
| | ) |
| | ) Hearing Date: January 10, 2019 |
| | ) Hearing Time: 10:30 a.m. |

## **COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Ira Bodenstein, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | October 21, 2014, effective as of August 25, 2014 |
| Period for Which Compensation is Sought: | August 25, 2014 through June 10, 2018 |
| Amount of Fees Sought: | $45,018.00[1] |
| Amount of Expense Reimbursement Sought: | $6,019.04 |

| This is a(n): | ☐ Interim Application | ☒ Final Application |
|---|---|---|

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Applicant: Fox Rothschild LLP | Fox Rothschild LLP |
|---|---|
| Date:   December 17, 2018 | By:   /s/ *Ira Bodenstein* |
| | One of its Members |

---

[1] During the relevant period, Fox Rothschild LLP, through its predecessor firm Shaw Fishman Glantz & Towbin LLC rendered legal services to the Trustee in the total amount of $42,518.00, but has included the amount of $2,500.00 to prepare and file this fee application as well as any court appearances which may be necessary in support thereof.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 14-29827 |
| 180 PROPERTIES LLC aka CLEANSLATE | ) | Jointly Administered |
| PROPERTIES SERVICES, LLC, | ) | |
| | | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date: January 10, 2019 |
| | ) | Hearing Time: 10:30 a.m. |

**FIRST AND FINAL FEE APPLICATION OF FOX ROTHSCHILD LLP AS COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Fox Rothschild LLP ("Fox Rothschild"), applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr.P. 2002(a)(6), 2016(a) and Local Bankruptcy Rule 5082-1 for: (a)(1) the total allowance and approval, on an interim and final basis, of $45,018.00[1] in new compensation for 137.1 hours of professional services rendered by Fox Rothschild as general bankruptcy counsel to Ira Bodenstein, solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of 180 Properties LLC aka Cleanslate Properties Services, LLC (the "Debtor"), for the period beginning August 25, 2014 through and including June 10, 2018 (the "Application Period"); and (ii) allow and approve, on an interim and final basis, the reimbursement of $6,019.04 for actual costs incurred incident to those services. In support of this application (the "Application"), Fox Rothschild states as follows:

**JURISDICTION, BACKGROUND AND SIGNIFICANT EVENTS**

---

[1] During the relevant period, Fox Rothschild through its predecessor firm Shaw Fishman Glantz & Towbin LLC rendered legal services to the Trustee in the total amount of $42,518.00, but has included the amount of $2,500.00 to prepare and file this fee application as well as any court appearances which may be necessary in support thereof.

1. This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15 (a) of the United States District Court for the Northern District of Illinois.

2. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On August 15, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. On August 25, 2014, the Trustee was appointed as successor trustee to Robert B. Katz for the Debtor's estate.

5. On October 13, 2014, the Trustee filed the Application of Trustee for Authority to Employ Counsel [Dkt. No. 25] (the "Shaw Fishman Retention Application") to retain Richard M. Fogel and the law firm of Shaw Fishman Glantz & Towbin LLC (collectively, "Shaw Fishman") as bankruptcy counsel in connection with the above-captioned bankruptcy case pursuant to 11 U.S.C. §§ 327 and 330 and Fed. R. Bankr. P. 2014.

6. On October 21, 2014, the Court entered an order [Dkt. No. 29] granting the Shaw Fishman Retention Application, authorizing the Trustee to employ Shaw Fishman effective as of August 25, 2014.

7. On June 11, 2018, Shaw Fishman merged with the law firm of Fox Rothschild LLP ("Fox Rothschild"). All of the attorneys employed at Shaw Fishman joined Fox.

8. On August 1, 2018, the Trustee filed the Application of Trustee for Authority to Retain Fox Rothschild LLP as Bankruptcy Counsel (the "Fox Retention Application").

9. On August 16, 2018, the Court entered an order [Dkt. No. 80] granting the Fox Retention Application, authorizing the Trustee to employ Fox Rothschild effective as of June 11, 2018.

## SERVICES RENDERED BY FOX ROTHSCHILD

10. During the Application Period, Fox Rothschild assisted the Trustee, with, among other things, resolving motions for relief from stay filed by Christopher Rintz and TD Auto Finance LLC, the retention of Popowcer Katten, Ltd. as accountant, the sale of certain equipment free and clear of liens, the retention of an auctioneer to assist with the sale, a motion to compromise the secured claim of the Housing Partnership Fund, Inc., the filing of a Rule 2004 motion in connection with Mercy Housing and the CARA Program, multiple complaints to recover preferential transfers and multiple motions to approve settlements pursuant to Fed. R. Bankr. P. 9019.

11. The Fox Rothschild statement of services rendered and expenses incurred (the "Invoices") for the Application Period are attached hereto as "Exhibit A" and incorporated herein by reference. The Invoices provide detailed descriptions of all services rendered, as well as the timekeeper, date, and amount of time expended.

12. In the aggregate, Fox Rothschild attorneys and paralegals rendered 137.10 hours of legal services to the Trustee in connection with this Case during the Application Period. All of the services reflected on the attached Invoices pertain to this Case and were rendered at the request of the Trustee in the exercise of his duties under 11 U.S.C. § 1106. At the customary hourly rates charged by Fox Rothschild's attorneys and paralegals, the aggregate amount due Fox Rothschild for the services rendered during the Application Period is $42,518.00, for an average hourly rate of approximately $310.12. The expenses for which reimbursement is requested are those

customarily charged by Fox Rothschild to all of its clients. The aggregate expense reimbursement reflected on the attached Invoices sought by this Application is $6,019.04.

13. The hourly rates charged by Fox Rothschild with respect to its legal services compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Fox Rothschild professionals. Further, the amount of time spent by Fox Rothschild with respect to the Cases is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, and the ultimate benefit to the Estates.

14. In an effort to provide the court and parties in interest with understandable information concerning the amount and nature of Fox Rothschild's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Fox Rothschild has classified its services into seven (7) separate categories of services, as follows:

| Description | Total Hours | Total Fees Incurred |
|---|---|---|
| 401 K Plans | 0.7 | $266.50 |
| Avoidance Actions | 93.4 | $25,555.50 |
| Case Administration | 1.3 | $343.50 |
| Creditors and Claims | 14.4 | $4,629.00 |
| General Investigation | 17.0 | $7,861.00 |
| Retention of Professionals | 5.6 | $2,100.00 |
| Sale of Assets | 4.5 | $1,762.50 |
| **TOTAL** | **137.1** | **$42,518.00** |

4

15. The following is a separate description of each of Fox Rothschild's principal categories of activities, which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the following categories and the timekeeper, date and amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, total time and value of services, and the total dollar value are also provided herein as follows:

### A. 401 K Plans

16. Fox Rothschild expended 0.7 hours of professional services having a value of $266.50 pertaining to the review of issues regarding the Debtor's 401 K plan and the appointment of a third party administrator to terminate the plan.

17. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| John W. Guzzardo | 0.7 | $266.50 |

### B. Avoidance Actions

18. Fox Rothschild expended 93.4 hours of professional services having a value of $25,555.50 pertaining to the review and analysis of potential avoidance actions, preparation of demand letters to creditors and analysis of responses thereto, preparation of preference complaints, negotiation of settlements and preparation of related settlement agreements and motions to approve same, preparation of dismissals of avoidance actions and preparation of default judgment papers where appropriate.

5

19. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| John W. Guzzardo | 2.2 | $921.00 |
| Terence G. Banich | 0.6 | $285.00 |
| Christina M. Sanfelippo | 89.7 | $24,219.00 |
| Bernard Thomas | 0.9 | $130.50 |

### C.     Case Administration

20. Fox Rothschild expended 1.3 hours of professional services having a value of $343.50 pertaining to the review of the Debtor's bankruptcy petition and initial pleadings and the review of a UCC search obtained on the Debtor.

21. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| John W. Guzzardo | 0.5 | $187.50 |
| Patricia M. Fredericks | 0.8 | $156.00 |

### D.     Creditors and Claims

6

22. Fox Rothschild expended 14.4 hours of professional services having a value of $4,629.00 pertaining to the claims review process including the analysis and resolution of the Housing Partnership Fund and AIG claims.

23. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| Christine M. Sanfelippo | 10.5 | $2,835.00 |
| Terence G. Banich | 3.9 | $1,794.00 |

### E. General Investigation

24. Fox Rothschild expended 17.0 hours of professional services having a value of $7,861.00 pertaining to the investigation of potential claims against certain insiders of the Debtor, including the preparation of a motion for a Rule 2004 examination, the issuance of subpoenas and the review of documents produced in response thereto.

25. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
| --- | --- | --- |
| John W. Guzzardo | 0.5 | $192.50 |
| Terence G. Banich | 16.5 | $7,668.50 |

7

**F.    Retention of Professionals**

26. Fox Rothschild expended 5.6 hours of professional services having a value of $2,100.00 pertaining to the Trustee's applications to retain counsel, an accountant and the independent 401(k) plan fiduciary.

27. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 5.6 | $2,100.00 |

**G.    Sale of Assets**

28. Fox Rothschild expended 4.7 hours of professional services having a value of $1,762.50 pertaining to the preparation of a motion to sell the Debtor's assets pursuant to section 363 of the Bankruptcy Code and attendance at a Court hearing in connection therewith.

29. The chart below is a summary of the total amount of time entered by each timekeeper for this category during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | 4.7 | $1,762.50 |

**SUMMARY OF SERVICES RENDERED BY PROFESSIONAL**

30. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

8

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Terence G. Banich | Member | $450.00 | 2.2 | $990.00 |
| Terence G. Banich | Member | $460.00 | 11.5 | $5,290.00 |
| Terence G. Banich | Member | $475.00 | 73 | $3,467.50 |
| Christina M. Sanfelippo | Associate | $270.00 | 100.2 | $27,054.00 |
| Patricia M. Fredericks | Paralegal | $195.00 | 0.8 | $156.00 |
| Bernard Thomas | Paralegal | $145.00 | 0.9 | $130.50 |
| John W. Guzzardo | Associate | $375.00 | 11.1 | $4,162.00 |
| John W. Guzzardo | Associate | $385.00 | 0.9 | $346.50 |
| John W. Guzzardo | Associate | $395.00 | 1.4 | $553.00 |
| John W. Guzzardo | Of-Counsel | $460.00 | 0.8 | $368.00 |
| TOTAL | | | 137.1 | $42,518.00 |

31. In evaluating this Application, this Court should consider the following: (a) the value of the services rendered by Fox Rothschild on behalf of the Trustee; (b) the nature and complexity of the issues presented; (c) the skill required to perform the legal services properly; (d) the customary fees charged by other professionals in this case and in similar cases; the experience and ability of the professionals involved; and (f) the amount of compensation awarded in similar cases. When viewed either individually or collectively, these factors support an award of the requested compensation in full.

32. Fox Rothschild has conscientiously attempted to avoid having multiple attorneys appear on behalf of the Trustee. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis.

9

33.     Given the criteria set forth in 11 U.S.C. § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Fox Rothschild respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full and on a final basis.

## EXPENSES

34.     The aggregate amount of expenses for which reimbursement is being sought is $6,019.04. All of the expenses for which reimbursement is requested are expenses which Fox Rothschild customarily recoups from its clients. An itemization of the expenses is attached hereto as part of Exhibit A. The types of costs for which reimbursement is sought are listed below:

| | |
|---|---|
| Internal Photocopy | 10¢ per page |
| Overnight Delivery (*e.g.*, Federal Express) | actual cost |
| Filing Fees | actual cost |
| Miscellaneous | actual cost |
| On Line Legal or Factual Research (Pacer) | actual or prorated percentage cost |
| Postage | actual cost |
| Process Server | actual cost |
| Westlaw | actual or prorated percentage cost |
| Local Telephone | Actual cost |
| Outgoing/Income Facsmiles | No cost |
| Local and Long Distance Travel | Actual cost |
| Recording Fees | Actual costs |
| Deposition Costs | Actual costs |

35.     The specific expenses for which reimbursement is requested during the Application Period are as follows:

| | |
|---|---|
| Internal and Vendor Photocopy | $748.40 |
| PACER | $122.71 |
| Federal Express | $131.08 |
| Postage | $517.20 |
| Westlaw | $538.54 |
| Filings | $2,626.00 |
| Intuit | $809.11 |
| Process Server | $405.00 |
| State Lien Search | $121.00 |

36. All of the expenses for which reimbursement is requested are actual and necessary expenses, which Fox Rothschild incurred in the course of providing services to the Trustee. All expenses were billed in the same manner as Fox Rothschild bills its non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## COMPLIANCE WITH 11 U.S.C. § 504

37. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Fox Rothschild and any other firm, person or entity for the sharing of division of any compensation payable to Fox Rothschild.

## NOTICE

38. Notice of this Application has been provided in accordance with Federal Rule of Bankruptcy Procedure 2002(a)(6) to (i) the Office of the United States Trustee; (ii) counsel for the

11

Debtor; (iii) all creditors requesting notice in this case; and (iv) all creditors who filed proofs of claim. Fox Rothschild requests that the Court finds this notice sufficient under the circumstances.

## **CONCLUSION**

WHEREFORE, Fox Rothschild LLP respectfully requests the entry of an order, substantially in the form attached hereto, that:

a) Approves and allows Fox Rothschild's compensation in the amount of $45,018.00, on a final basis, for services provided during the Application Period beginning August 25, 2017 through and including June 10, 2018;

b) Approves and allows Fox Rothschild $6,019.04 in expense reimbursement, on a final basis, for expenses incurred during the Application Period beginning August 25, 2014 through and including June 10, 2018;

c) Authorizes the Trustee to pay Fox Rothschild $45,018.00 in allowed fees;

d) Authorizes the Trustee to pay Fox Rothschild $6,019.04 in allowed expenses; and

e) Provides Fox Rothschild with such additional relief as may be appropriate and just under the circumstances.

Respectfully submitted,

FOX ROTHSCHILD LLP

Dated: December 17, 2018

By: ___/s/ Ira Bodenstein___
Ira Bodenstein
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
Fax: (312) 980-3888

*Counsel for the Trustee*